IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KAREN N. MILLER, et al, : | |
| : | |
| Plaintiff(s) : | |
| : | Case No. 1:00cv403 |
| v. : | |
| : | District Judge Susan J. Dlott |
| CREDIT COUNSELORS OF CINCINNATI, : | |
| : | |
| Defendant(s) : | |

**O R D E R**

This matter is before the Court upon defendant's motion for reconsideration (Doc. 47), plaintiffs' revised class motion for summary judgment (Doc. 52) and plaintiffs' motion to provide compensation to confidential informant (Doc. 53).

Also currently pending before this court is a proposed settlement between the plaintiff class and the defendant. A fairness hearing is set for October 24, 2003.

Accordingly, the pending motions are hereby DISMISSED WITHOUT PREJUDICE TO RESUBMISSION in the event that settlement is not consumated.

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_
                                              Susan J. Dlott
                                              United States District Judge