RECEIVED
SEP 0 8 2003
KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

C-1-00-403

8/26/2003

Yes, I was signed with CCC. I think we started with them in 1999-2000. Than again in 2001 (Jan.) My experience with them was disgusting to say the least. Not only did they not help us with our credit, but we later found out that accounts we thought were paid were not.

In 2001 we moved to Wisconsin still keeping up our payments. In Oct. we made what we thought was our last payment for payoff. $258— was paid to CCC in accordance with their statment which CCC sent us. However that was not the end, because in Nov. & Dec. 2001 we recieved two more letters for money. Following numerous long distance phone calls and a very angry letter of inquiry as to what was going on, nothing was solved. After our pay off CCC still insisted we were not paid off.

We still recieve bills with balances CCC was suppose to have taken care

OF. AND TO THIS DAY, WE HAVE NO IDEA WHAT HAPPENED OR IF THE MESS WAS EVER CORRECTED.

I HAVE ENCLOSED A COPY OF THE LETTER I SENT THEM FROM WISCONSIN AND ALSO A COPY OF THEIR STATMENT TO US SHOWING THE UNPAID BALANCE OF $258.27 ALSO A COPY OF THE CASHIER CHECK WHICH WAS SENT TO CCC AS OUR PAY OFF.

THANK YOU,

*[signature]*