I'm so glad that someone had the money and know how to go against C.C.C. They did us so badly that I was a wreck. Our payments were automatically taken from our bank account monthly & looking at the beginning and ending balances, we were going in the wrong direction to getting them paid off. We were getting letters and phone calls about late and missed payments, I would in turn call the office and the girl would tell me that they were mistakes and that she would take care of it, it was happening often so finally in October 2001 I couldn't take it any longer, my nerves were shot because of their constant runaround so I borrowed monies from a loan place and paid everyone off. The loan cost me twice as much as my balances were of course but I had to end it with C.C.C. Thank you for giving me the chance to get these things off my chest and get closure, maybe now I'll start feeling better.

Thank you again
Betty French