UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KAREN N. MILLER, *et al.* | : | Case No. C-1-00-403 |
| Plaintiffs, | : | (Judge Dlott) |
| v. | : | **MOTION TO VACATE CURRENT SCHEDULE AND FOR NEW SCHEDULING ORDER** |
| CREDIT COUNSELORS OF CINCINNATI | : | |
| Defendant. | : | |

*Granted*
*Susan J. Dlott*
*10/15/03*

Now come Plaintiffs and the Class, by their undersigned counsel, and respectfully request this Court to vacate the entire current schedule regarding the class settlement, including the Fairness Hearing date, currently October 24, 2003, and to reset them as set forth in the memorandum in support of this motion.

Respectfully submitted,

/s/ Stephen R. Felson

Robert B. Newman (0023484)
Lisa T. Meeks (0062074)
NEWMAN & MEEKS CO., LPA
617 Vine Street, Suite 1401
Cincinnati, Ohio 45202
(513) 639-7000
www.newmanandmeeks.com

Stephen R. Felson (0038432)
617 Vine Street, Suite 1401
Cincinnati, Ohio 45202
(513) 721-4900
(513) 639-7011 (fax)
SteveF8953@aol.com

COUNSEL FOR THE CLASS

g:\f&f\clsacts\miller\settlement docs\mot to vacate.doc