UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KAREN N. MILLER, *et al*. | : | Case No. C-1-00-403 |
| Plaintiffs, | : | (Judge Dlott) |
| v. | : | <u>ORDER VACATING CURRENT SCHEDULE AND SETTING NEW SCHEDULE</u> |
| CREDIT COUNSELORS OF CINCINNATI | : | |
| | : | |
| Defendant. | | |

Finding Plaintiffs' Motion to Vacate the current scheduling order (doc. 74) to be well taken, the Court hereby ORDERS:

     1.    The Class Notice, Proof of Claim and Addendum containing new dates and deadlines are to be mailed no later than October 29, 2003;

     2.    To be considered timely, a Proof of Claim must be submitted by a Class Member no later than November 17, 2003;

     3.    Any Class Member wishing to exercise the right to opt out of the Class must do so by informing the Clerk of the Court in writing of his or her decision to do so on or before November 21, 2003;

     4.    Any Class Member who has not opted out of the Class and who wishes to submit a written objection to any aspect of the Agreement may do so in writing without the necessity of retaining counsel or making any formal appearance, provided that, no later than 5:00 p.m. on November 21, 2003, such comments are filed with the Court and served on counsel and the Court in accordance with this Court's previous order.

     5.    A Fairness Hearing to determine whether to grant final approval of the Settlement will be held on December 3, 2003, at 3:00 p.m. Any Class Member wishing to be heard at the Fairness Hearing must file with the Court and serve on counsel a written notice of intent to appear no later than 5:00 p.m. on

November 21, 2003, and served on counsel and the Court in accordance with this Court's previous order.

6. The motion for final approval and for approval of attorney fees, costs and incentive award, along with a certificate from the Master regarding class administration and the cost thereof, shall be filed with the Court by November 26, 2003.

All other matters set forth in this Court's previous Orders shall remain unchanged.

IT IS SO ORDERED

/s/ Susan J. Dlott
_____
Judge Susan J. Dlott