Expenses Paid To Date

| Name | Date | Amount Paid | Subtotals |
|---|---|---|---|
| Armstrong Stationery Company - office supplies, duplications | 8/26/2003 | $637.72 | |
| | 10/30/2003 | $933.04 | $1,570.76 |
| Ashton, Inc. - Mailing & Postage: Notice and Proof of Claim | 10/16/2003 | $1,155.00 | |
| | 8/26/2003 | $753.83 | |
| | 10/24/2003 | $352.60 | $2,261.43 |
| Cincinnati Bell - Telephone Service | 10/14/2003 | $240.85 | |
| | 10/21/2003 | $72.55 | $313.40 |
| The Cincinnati Enquirer - Legal Notice | 8/26/2003 | $600.00 | $600.00 |
| Norstan - Telephone Set-up | 7/8/2003 | $165.85 | $165.85 |
| White, Getgey & Meyer Co., L.P.A. - Postage | 8/26/2003 | $25.00 | |
| | 9/9/2003 | $100.00 | $125.00 |
| Linda S. Dameron - Services through 10/31/03 | 11/5/2003 | $2,274.50 | $2,274.50 |
| | | | |
| | | | |
| | | $7,310.94 | $7,310.94 |

Credit Counselors Settlement Fund