Estimated Future Expenses

| | |
|---|---|
| Print Cartridge | $ 144.00 |
| 4 Reams Paper for Letter to Claimants | $ 46.60 |
| Postage at $0.37 x 1800 claimants | $ 666.00 |
| Office Rental/Equipment (Payable to Telectronics) | $ 600.00 |
| Preparation of Checks (Setting up payments in Quickbooks, Printing, Stuffing, Metering) LSD 2 Days | $ 400.00 |
| Responding to telephone calls from claimants after check distribution (LSD) | $ 100.00 |
| Telephone bills ($72.00 per month) (3 mos.) | $ 216.00 |
| Accounting Fees (Tax Returns - 2 years) | $4,600.00 |
| Wrap-up LSD (includes November, December, January time not included above) | $900.00 |
| Special Master Fees (includes $4,890.00 incurred through October 31, 2003, but not yet paid) | $10,000.00 |
| **TOTAL** | **$17,672.60** |
| | |
| | |

Credit Counselors Settlement Fund