# STEPHEN R. FELSON
ATTORNEY AT LAW
617 VINE STREET
SUITE 1401
CINCINNATI, OHIO 45202

OFFICE (513) 721-4900
FAX (513) 639-7011

E-MAIL STEVEF8953@aol.com

November 25, 2003

**VIA FACSIMILE ONLY**
**(241-2399)**

Virginia Conlan Whitman, Esq.
1700 Fourth & Vine Tower
1 West Fourth Street
Cincinnati, OH 45202

　　　　　Re: *Miller v. CCC*, S.D. Ohio No. C-1-00-403

Dear Ginny:

　　I have read your budget application, proposed order, and attachments. It looks fine to me and you may consider this letter to be my approval of the budget.

　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　Stephen R. Felson

SRF/seg

c:　　James M. Moore, Esq.

# LINDHORST & DREIDAME

*A LEGAL PROFESSIONAL ASSOCIATION*

JAMES L. O'CONNELL
WILLIAM M. CUSSEN
CHARLES J. KELLY
JOHN A. GOLDBERG
JAMES M. MOORE
WILLIAM N. KIRKHAM
JAY R. LANGENBAHN[(1)]
JAMES H. SMITH III
MICHAEL F. LYON
THOMAS E. MARTIN
JAMES F. BROCKMAN
EDWARD S. DORSEY
JAMES C. FROOMAN
BARRY F. FAGEL[(1)]

312 WALNUT STREET, SUITE 2300
CINCINNATI, OHIO 45202-4091
TELEPHONE: (513) 421-6630
FACSIMILE: (513) 421-0212
WWW.LINDHORSTLAW.COM

WRITER'S DIRECT DIAL

(513) 345-5777

CHARLES G. SKIDMORE
MARGARET G. KUBICKI
MICHELLE L. CLEMONS
PAUL J. VOLLMAN[(2)]
BRADLEY D. McPEEK
DAVID E. WILLIAMSON
WILLIAM J. LISS[(2)]
JOEL L. PESCHKE
EDWARD ROBERTS[(1)]
JEFFREY A. WILLIS
LAURIE A. McCLUSKEY

AMBROSE H. LINDHORST 1913-1997
ROBERT F. DREIDAME 1914-1978
WILLIAM J. WALSH 1919-1996
LEO J. BRESLIN 1928-2000

(1) ALSO ADMITTED IN KENTUCKY
(2) ALSO ADMITTED IN FLORIDA

November 21, 2003

Virginia Conlan Whitman, Esq.
1700 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

In re: *Karen N. Miller, et al. v. Credit Counselors of Cincinnati*
Our File No. 15138/1001

Dear Ms. Whitman:

I am in receipt of and have reviewed your Unopposed Application of Special Master for Approval of Budget for the Period July 8, 2003 through December 31, 2004, together with its attachments consisting of a proposed order from the Court granting your motion, together with a detailed listing of Expenses Paid to Date ($7,310.94) and Estimated Future Expenses (totaling $17,672.60). The total amount requested for administration of the Class Action Settlement is $25,073.54.

This is to advise that as counsel for defendant, I have no objection to your application.

Thank you for your assistance in this matter.

Sincerely,

LINDHORST & DREIDAME

James M. Moore

JMM/dal
cc:  Stephen R. Felson, Esq.

365341.1