UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Karen N. Miller, et al. | : | |
| | | Case No. C-1-00-403 |
| Plaintiffs | : | |
| | | |
| v. | : | District Judge Susan Dlott |
| | | |
| Credit Counselors of Cincinnati | : | |
| | | |
| Defendant | : | |

## AFFIDAVIT OF VIRGINIA CONLAN WHITMAN VERIFYING COMPLIANCE WITH NOTIFICATION OF SETTLEMENT

**STATE OF OHIO**       )
                                          )   ss.
**COUNTY OF HAMILTON** )

Now comes Virginia Conlan Whitman, who does hereby swear and state as follows:

1. I am an attorney licensed to practice law in the state of Ohio, and in the United States District Court for the Southern District of Ohio.

2. By Order dated July 8, 2003, I was appointed as Special Master in the above captioned action, charged with the duties concerning notice to the Class Members and distribution of the settlement fund after final approval (Doc. 61).

3. In accordance with the Court's July 8, 2003 Order, and as further set forth in the Plan for Notice and Settlement referred to therein, I caused a mailing of the Notice of Class Action and Proposed Settlement, as well as a Proof of Claim, to all Class members originally identified, within forty-five days of this Court's July 8, 2003 Order. Attached hereto as Exhibit A is a copy of a letter from a representative of Ashton Inc., the business entity that effectuated the mailing.

4. Thereafter, it was discovered that the original list of Class Members provided to me was not complete, and after obtaining a complete list from Defendant, I caused a second mailing of the Notice of Class Action and Proposed Settlement, as well as a Proof of

Claim, to all Class members subsequently identified within fifteen days of this Court's Order of October 15, 2003, granting Plaintiffs' Motion to Vacate Current Schedule and for New Scheduling Order. Attached hereto as Exhibit B is a copy of a letter from a representative of Ashton Inc., the business entity that effectuated the second mailing.

5.  In accordance with the Court's July 8, 2003 Order, and as further set forth in the Plan for Notice and Settlement referred to therein, I caused a Summary notice of Class Action and Proposed Settlement to be published in the Cincinnati Enquirer within fourteen days after the first Notice was mailed to Class Members. Attached hereto as Exhibit C is a copy of the verification of publication received from the Cincinnati Enquirer.

**FURTHER AFFIANT SAYETH NOT.**

*Virginia Conlan Whitman*
Virginia Conlan Whitman
Dated: November 21, 2003

Subscribed and sworn to before me this 21st day of November, 2003

*Rhonda S. Henegar*
Notary Public

RHONDA S. HENEGAR
Notary Public, State of Ohio
My Commission Expires July 22, 2007