

FULFILLMENT/MARKETING SERVICES

high tech
high touch

Fulfillment
Warehousing
Mailing Services
Custom Packaging
E-commerce

August 19, 2003

Virginia Conlan Whitman, Esq.
Settlement Master
P.O. Box 477
Cincinnati, OH  45201

The class action settlement mailing for Miller vs. CCC was mailed yesterday August 18th. The total count of the mailing was 6,908.

If you have any questions, please don't hesitate to give me a call at 794-0113.

Regards,

Michael Dowling
Aston Inc.

Aston, Incorporated    8901 Blue Ash Road | Cincinnati, Ohio 45242

TEL (513)794-0113   www.astoninc.com
1(800)934-1334
FAX (513)794-0119



high tech
high touch

Fulfillment
Warehousing
Mailing Services
Custom Packaging
E-commerce

October 20, 2003

Virginia Conlan Whitman, Esq.
Settlement Master
P.O. Box 477
Cincinnati, OH 45201

The class action settlement mailing for Miller vs. CCC was mailed today October 20th. The total count of the mailing was 3,669.

If you have any questions, please don't hesitate to give me a call at 794-0113.

Regards,

Michael Dowling
Aston Inc.

Aston, Incorporated   8901 Blue Ash Road | Cincinnati, Ohio 45242

TEL (513) 794-0113   www.astoninc.com
1 (800) 934-1334
FAX (513) 794-0119

**State of Ohio,** } SS.
      **Hamilton County,**

Personally appeared before me, a Notary Public, in and for Hamilton County, Ohio *Kelley Grainger*, who, being duly sworn, says that the annexed Advertisement was published in the

☒ **Cincinnati Enquirer**
☐ **Cincinnati Post**
☐ **Kentucky Post**
☐ **Kentucky Enquirer**

Daily Newspapers *Run 1 time to wit August 31, 2003* commencing on the ......... day of ........................ 20...... and that each insertion was upon the same day of the week, viz:

..................................................

*Kelley Grainger*
                Affiant

Sworn to and subscribed before me this 23 day of *September* 20 03

*Anita L. Alexander*
            Notary Public

**ANITA L. ALEXANDER**
Notary Public, State of Ohio
My Commission Expires Aug. 7, 2005