IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KAREN N. MILLER, et al,

    vs.                                              Case Number: 1:00cv403-SJD

CREDIT COUNSELORS OF CINCINNATI

MINUTES: HEARING ON Fairness Hearing

Statement of Counsel

Court ordered in open Court that the settlement is approved.

| | |
|---|---|
| Judge: | Susan J. Dlott |
| Courtroom Deputy: | Stephen Snyder |
| Court Reporter: | Betty Schwab, Official |
| Date: | December 3, 2003 |