## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Karen N. Miller, et al. | : | |
| | | Case No. C-1-00-403 |
| Plaintiffs | : | |
| | | |
| v. | : | District Judge Susan J. Dlott |
| | | |
| Credit Counselors of Cincinnati | : | |
| | | |
| Defendant | : | |

### ORDER APPROVING SPECIAL MASTER'S BUDGET
### FOR THE PERIOD JULY 8, 2003 THROUGH DECEMBER 31, 2004

The Special Master seeks approval of a Budget for the period July 8, 2003 through December 31, 2004 in the total amount of $25,073.54. Upon representation that counsel for the Class has no objection to said Budget, it is hereby Ordered that the proposed Budget of the Special Master for the period July 8, 2003 through December 31, 2004 should be and is hereby approved in the amount of $25,073.54. The Court further approves the authority of the Special Master to enter into an Agreement with Burke & Schindler, accountants, to retain said accountants to perform tax work for the Settlement fund for the total payment of $4,600.00. The Court further approves the Special Master's request that she may pay all expenses associated with the finalization of the tax work in the year 2004, even though the final work will not be completed until 2005, so as to allow her to close the Settlement Fund prior to year end 2004.

It is further Ordered that the Special Master may request incremental transfers of funds from the Settlement Fund into the checking account, in any amounts she determines to be necessary to pay current bills and expenses.

IT IS SO ORDERED

                                                      ___s/Susan J. Dlott_____
                                                      Honorable Susan J. Dlott