## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Karen N. Miller, et al. : | |
| : | Case No. C-1-00-403 |
| Plaintiffs : | |
| : | District Judge Susan Dlott |
| v. : | |
| : | |
| Credit Counselors of Cincinnati : | |
| : | |
| Defendant : | |

## MOTION TO APPROVE FINAL REPORT OF THE SPECIAL MASTER

Now comes the Special Master appointed by this Court on December 3, 2003, and hereby moves for an Order accepting the Final Report attached hereto. The Special Master states that all of the proceeds of the Settlement have been distributed in accordance with the Settlement Agreement and this Court's Orders. The Special Master further states that counsel for the Class and for Defendant have reviewed the Final Report and have indicated their approval. Attached to this Motion as Exhibit 1 are letters from counsel signifying their approval.

Respectfully submitted,
/s/ Virginia Conlan Whitman

Virginia Conlan Whitman (0028973)
Special Master
Law Office of Virginia Conlan Whitman
One West Fourth Street, Suite 1700
Cincinnati, Ohio 45202
513-352-0401
513-241-2399 (fax)
vwhitman@wgmlpa.com

Approved:

/s/ Stephen R. Felson
_____
Stephen R. Felson (per letter authority)
Counsel for individual and Class Plaintiffs

/s/ James M. Moore
_____
James M. Moore (per letter authority)
Counsel for Defendant Credit Counselors of Cincinnati

## CERTIFICATE OF SERVICE

      I hereby certify that on December 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Stephen R. Felson, Esq. 36 East 7th Street, Suite 1650, Cincinnati, Ohio, 45202, and James M. Moore, Lindhorst & Dreidame Co. LPA, 312 Walnut Street, Suite 2300, Cincinnati, Ohio 45202.

      /s/Virginia Conlan Whitman
      _____
      Virginia Conlan Whitman (0028973)
      Special Master
      Law Office of Virginia Conlan Whitman
      One West Fourth Street, Suite 1700
      Cincinnati, Ohio 45202
      513-352-0401
      513-241-2399 (fax)
      vwhitman@wgmlpa.com