**EXHIBIT 1**

# STEPHEN R. FELSON
ATTORNEY AT LAW
617 VINE STREET
SUITE 1401
CINCINNATI, OHIO 45202

OFFICE (513) 721-4900
FAX (513) 639-7011

E-MAIL STEVEF8953@aol.com

November 23, 2005

VIA FACSIMILE (241-2399)
(Mailed Copy to Follow)

Virginia Conlan Whitman
1700 Fourth & Vine Tower
One W. Fourth Street
Cincinnati, OH 45202

Re: *Miller v. CCC*

Dear Ms. Whitman:

I have reviewed the Motion to Accept the Final Report of the Special Master, as well as the Final Report attached. By this letter, I am advising you that I approve of the Final Report, and you have my permission to sign the Motion on my behalf.

Sincerely,

Stephen R. Felson

SRF/seg

g:\f&f\clsacts\miller\settlement docs\whitman 11-23-05 (final rept).doc

# LINDHORST & DREIDAME

*A LEGAL PROFESSIONAL ASSOCIATION*

JAMES L. O'CONNELL
CHARLES J. KELLY
JOHN A. GOLDBERG
JAMES M. MOORE
JAY R. LANGENBAHN[1]
JAMES H. SMITH III
MICHAEL F. LYON
THOMAS E. MARTIN
JAMES F. BROCKMAN
EDWARD S. DORSEY
BARRY F. FAGEL[1]

312 WALNUT STREET, SUITE 2300
CINCINNATI, OHIO 45202-4091
TELEPHONE: (513) 421-6630
FACSIMILE: (513) 421-0212
WWW.LINDHORSTLAW.COM

WRITER'S DIRECT DIAL
(513) 345-5777

CHARLES G. SKIDMORE
MARGARET G. KUBICKI
MICHELLE L. CLEMONS
BRADLEY D. McPEEK
DAVID E. WILLIAMSON
EDWARD ROBERTS[1]
LAURIE A. McCLUSKEY
CHRISTOPHER H. HURLBURT[1]
JOSHUA J. NOLAN
JOHN D. MOSCHANDREAS

AMBROSE H. LINDHORST 1913-1997
ROBERT F. DREIDAME 1914-1978
WILLIAM J. WALSH 1919-1996
LEO J. BRESLIN 1928-2000

(1) ALSO ADMITTED IN KENTUCKY

November 16, 2005

Virginia Conlan Whitman
Special Master
Law Office of Virginia Conlan Whitman
One West Fourth Street, Suite 1700
Cincinnati, OH 45202

In re: *Karen N. Miller et al. vs. Credit Counselors of Cincinnati*

Dear Jenny:

Enclosed please find the Motion Accept Final Report of the Special Master, which I have signed. Thank you for your assistance throughout this litigation.

Sincerely,

LINDHORST & DREIDAME

James M. Moore

JMM/tmt
Enclosure
cc:   Stephen R. Felson, Esq. (w/encl.)

447155v1