# PNC INVESTMENTS

**NOT FDIC** • May Lose Value • No Bank Guarantee

P.O. Box 32760
Louisville, KY 40232

## Account Statement

544879 H 2 0049 01 01204200-9999 02164 A &.......

|լ..|լ..|լ..|լ..|լլ..|..|լլ..|լ..|լ..|լ..|..|..|լ..|լ..|լ|..|..|||լ|լ
CREDIT COUNSELORS
SETTLEMENT FUND
ATTN: VIRGINIA C WHITMAN
1700 4TH STREET
CINCINNATI OH  45202-4121

**Statement Period:**
July 1, 2003 - July 31, 2003

**Account Number:**
21235058

**Customer Service:**
1-800-762-6111

**Web Site:**
WWW.PNCINVESTMENTS.COM

**Financial Consultant: G006**
THOMAS E HERMANN
PNC INVESTMENTS
415 LUDLOW AVE
CINCINNATI OH 45220
(513) 281-0596

## Portfolio Value Summary

| | July 31, 2003 | Prior Statement |
|---|---|---|
| Cash & Money Market Funds | | |
| **TOTAL PORTFOLIO VALUE** | **$285,000.00** | $0.00 |

## Income Summary

| | July 31, 2003 | Year to Date |
|---|---|---|
| **TOTAL INCOME** | **$0.00** | $0.00 |

## Cash Flow Summary

| | July 31, 2003 |
|---|---|
| **OPENING BALANCE** | $0.00 |
| Securities Bought/Withdrawals | ( 265,000.00) |
| Securities Sold/Deposits | 265,000.00 |
| **CLOSING BALANCE** | $0.00 |

## Portfolio Distribution

The pie chart below illustrates your positive security holdings, excluding outside assets.



■ Cash & Money Market Funds          100%

ARE YOU LOOKING FOR A CONVENIENT, EASY WAY TO MANAGE YOUR MONEY? OUR INVESTOR'S PREFERRED ACCOUNT PROVIDES ACCESS TO YOUR INVESTMENTS THROUGH OVER 3500 ATM'S, OUR 750 BRANCHES, ONLINE VIA ACCOUNTLINK OR BY WRITING A CHECK. SPEAK TO YOUR FINANCIAL CONSULTANT TODAY ABOUT UPGRADING YOUR ACCOUNT.

**J.J.B. Hilliard, W.L. Lyons, Inc.**
Member New York, American, Chicago and Boston Stock Exchanges; CBOE, NASD, and SIPC.

*0010S*

# PNC INVESTMENTS

A Division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

## Investment Objective

Please advise your Financial Consultant immediately if there is a material change in your investment objective or financial situation.

## Pricing of Securities

The pricing of securities displayed on your statement is derived from various sources and in some cases may be higher or lower than the price you would actually receive in the market. If we cannot obtain a price, "N/A" appears. For securities listed on an exchange or trading association, the price reflected is the closing price or last business day of the month. For securities not traded on an active marketplace, prices reflect the last business day of the month. For securities we rely on actual market values. Similarly, some annuity market values provided by outside sponsors are estimates. For current price quotes, please contact your Financial Consultant.

## Certificate of Deposit Pricing

Fixed-income securities and Certificates of Deposit priced above par do not take into account the effect of call features.

## Transaction Dates

All securities transactions are reflected on a trade date basis.

## Cost Basis Information (Investor's Preferred<sup>SM</sup> Capital Directions and Priority Accounts)

All information provided with respect to cost basis is derived from transactions in the account. There is no guarantee as supplied by you or other sources. There is no information or the actual cost basis information or the profit and loss information provided. Accordingly, cost basis is not intended for tax reporting purposes. Please inform your Financial Consultant in the event that a cost basis is missing or inaccurate.

## Estimated Annual Income and Yields

Estimated annual income and yields are calculated by annualizing the most recent dividend and interest payment and do not reflect historical experience or project future results. The yield information for the money market funds is based on historical performance; future yields will fluctuate. Before investing in any of these funds, carefully read the prospectus, which is available through your Financial Consultant.

## Realized Gains/Losses (Investor's Preferred<sup>SM</sup> and Priority Accounts)

Reported gains or losses are based on first in/first out (FIFO) method. This information should not be used for tax reporting purposes.

---

## Assets Not Held at Hilliard Lyons

You may purchase certain assets through Hilliard Lyons, which will be held at a custodial institution other than Hilliard Lyons (see "SIPC Protection"). Where available, we include information on these assets, which are provided to us from various sources. The custodial institution is responsible, however, for providing year end tax reporting information (Form 1099) and separate periodic statements, which may vary from the information included on your Hilliard Lyons statement because of different reporting periods. Hilliard Lyons does not guarantee the accuracy of the information with respect to the value of these investments as reflected on your statement.

## Policy on Order Routing and Order Flow Payment

Consistent with common securities industry practice, Hilliard Lyons receives payment for order flow in the form of either monetary compensation per share (in certain transactions in listed securities) or reciprocal business, for some transactions on market centers. Hilliard Lyons has entered into arrangements with various market centers that execute our orders. These market centers may execute orders are routed on market centers. These market centers are designated at the NYBSO. Our formal objective is to obtain the best execution for our clients, regardless of any compensation factor.

Certain equity securities orders may be routed to other broker/dealers or exchanges for execution. Each quarter, Hilliard Lyons prepares a summary discussing orders routed away for execution including the type and the identity of the broker/dealers or exchanges where such orders were routed. This summary is posted on our website (www.hilliard.com). A copy of the most recent quarterly report on the identity of the broker/dealer or exchange request the identity of the broker/dealer or exchange to which any of your equity trades placed within the last six months.

## Tax Information

Although your statement may describe certain items as federally tax-exempt, this is for informational purposes only. When reporting your taxes, please rely exclusively on the substitute Form 1099 you will receive from us after the subsequent year. Form 1099R will report distributions from your taxable accounts. (For retirement accounts, Form 1099R will report distributions from those accounts, rather than income and dividends or proceeds from sales.) Federal law subjects you to withholding and/or penalties if you fail to provide us your Social Security or Employer Identification Number.

## SIPC Protection

Hilliard Lyons is a member of the Securities Investor Protection Corporation (SIPC). Cash and securities held in your account in the normal course of business, along with any fully paid securities to which you are enrolled, if applicable, are insured up to $500,000 per customer, of which a limit of $100,000 is for uninvested cash. Assets held by custodial institutions are not covered. Contact your Financial Consultant for a detailed brochure describing SIPC coverage.

---

## Margin Accounts

If you have a margin account, this is a combined statement of your general account and a special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account required by Regulation T is available for your inspection upon request. Hilliard Lyons reserves the right to limit margin purchases and short sales, and to alter its margin requirement and its Firm guidelines, must margin assets can be identified as Account Type 2 securities.

## Margin Account Disclosure Statement

In light of the potential financial risk associated with margin accounts, it is important to note the following potential risks associated with margin accounts: you can lose more funds than you deposit in the margin account. A decline in the value of securities that are purchased on margin may require you to provide additional funds to Hilliard Lyons to avoid the forced sale of those securities. Hilliard Lyons may notify you of a margin deficiency. Hilliard Lyons can force the sale of securities in your account. If the equity in your account falls below the maintenance margin requirements, or Hilliard Lyons higher "house" requirements, Hilliard Lyons can sell the securities in your account to cover the margin deficiency. You also will be responsible for any short fall in the account after such a sale. Hilliard Lyons can sell your securities without contacting you. Some investors mistakenly believe that a firm must contact them for a margin call to be valid, and that the firm cannot liquidate securities in their account to meet the call unless the firm has contacted them first. This is not the case. Most firms will attempt to notify their customers of margin calls, but they are not required to do so. However, even if a firm has contacted a customer and provided a specific date by which the customer can meet a margin call, the firm can still take necessary steps to protect its financial interests, including immediately selling the securities without notice to the customer. You are not entitled to choose which securities or other assets in your account are liquidated or sold to meet a margin call. Because the securities are collateral for the margin loan, Hilliard Lyons has the right to decide which security to sell in order to protect its interests. Hilliard Lyons can increase its "house" maintenance margin requirements at any time and Hilliard Lyons does not have to grant you an extension on a margin call.

## Margin Account Interest Charges

The margin interest period includes the last day of the prior statement period through the day prior to the last day of the current statement period. The interest charge is computed by multiplying the rate of interest by the average net daily settled debit balance and a fraction; the numerator of which is the number of days the debit balance existed, and the denominator of which is three hundred sixty (360). The rate of interest is determined by the cost of borrowing money and is subject to change without notice.

## Late Charges

If transactions in your cash account result in a debit balance and you do not make payment by the settlement date, you may be subject to a late charge.

## Free Credit Balances

A free credit balance in your account will be paid to you on demand, in the normal course of business, along with any fully paid securities to which you are enrolled, if applicable. Free credit balances are not segregated and may be used in our business, subject to the limitations of the Securities Exchange Act of 1934.

## Termination Fee

A $75.00 Termination Fee will be applied to each account closed or transferred for any reason.



NOT FDIC INSURED · May Lose Value · No Bank Guarantee

---

## Option Accounts

Further information with respect to commissions and other charges related to the execution of listed option transactions, has been included in confirmation of such transactions previously furnished to you and will be made available to you promptly upon request. Should the exercise assignment notice with respect to an option be assigned to your account, the assignment will be allocated among customer short positions by means of a manual procedure, which randomly selects from among all customer short positions, including positions established on the day of assignment, those contracts which are subject to exercise. A more detailed description of our random selection method is available to you upon request. Further information with respect to the time frame for exercising options, after such notice, including the effect of an exercise assignment should be directed to Hilliard Lyons. You may exercise your option, either by notifying your Financial Consultant or by directing your request to the Options Department. You should exercise the option under an automated random selection method.

## Financial Statement

A Statement of Financial Condition of J.J.B. Hilliard, W.L. Lyons, Inc. as of our website, or you may request a copy by calling: 1-800-444-1854.

## Form ADV (Capital Directions Account)

If you would like to receive a copy of Hilliard Lyons' disclosure statement on Part II of Form ADV, please send your written request to: Hilliard Lyons, Attn: Managed Accounts Department, P.O. Box 32760, Louisville, KY 40232-2760. You may expect to receive your copy from us within seven days of our receipt of your request.

## Errors, Inquiries & Complaints

If you do not understand an entry on your statement, or suspect an error, you must notify the Branch Manager of the office servicing your account. We will consider your statement correct unless we receive a written notice of a suspected error within 10 calendar days of the mailing of the statement to you. It is your responsibility to review your statement promptly and to seek immediate clarification about entries you do not clearly understand. All correspondence should include: (1) Your name and account number; (2) The date of the entry in question; (3) A complete description of the entry and why you think it is in error; and (4) The dollar amount of the entry in error. If you have a complaint regarding the nature of the circumstances regarding your account, please submit it in writing at the following address: Hilliard Lyons, Attn: Compliance Department, P.O. Box 535236, Pittsburgh, PA 15253-5236.

---

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, Chicago and Boston Stock Exchanges, CBOE, NASD, and SIPC.

HLW810 05-21-03



**PNC INVESTMENTS**

NOT FDIC insured
• May Lose Value
• No Bank Guarantee

| Statement Period: | July 1, 2003 - July 31, 2003 |
| --- | --- |
| | CREDIT COUNSELORS |
| | SETTLEMENT FUND |
| | ATTN: VIRGINIA C WHITMAN |
| | 21235058 |
| **Account Number:** | |
| **Investment Consultant:** | THOMAS E HERMANN |

## Portfolio Value

### CASH & MONEY MARKET FUNDS — 100%

| Acct Type | Quantity | Description | Symbol | Unit Price | Market Value | Percent of Portfolio | Current Yield | Estimated Annual Income |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 265,000.00 | HILLIARD-LYONS GOVERNMENT FUND, INC | * | $1.0000 | $265,000.00 | 100% | .500% | $1,325.00 |
| | | **Sub Total** | | | $265,000.00 | | | $1,325.00 |

| | | | | Total Market Value | | | Total Estimated Annual Income |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **TOTAL PORTFOLIO VALUE** | | | | | | | |
| **TOTAL PORTFOLIO VALUE** | | | | $265,000.00 | | | $1,325.00 |

## Activity Details

### PURCHASES AND SALES

| Date | Acct Type | Description | Activity | Quantity | Price | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 07/29/2003 | 1 | HILLIARD-LYONS GOVERNMENT FUND, INC | PURCHASE | | | ($265,000.00) |
| | | **TOTAL** | | | | ($265,000.00) |

## Cash Flow Analysis

### CHRONOLOGICAL TRANSACTION SUMMARY

| Date | Acct Type | Activity | Description | Quantity | Amount | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| | | | **BEGINNING BALANCE** | | | $0.00 |
| 07/25/2003 | 1 | DEPOSIT | FUNDS REC'D | | $265,000.00 | |
| 07/29/2003 | 1 | PURCHASE | HILLIARD-LYONS GOVERNMENT FUND, INC | | ( 265,000.00) | |
| | | | **ENDING BALANCE** | | | $0.00 |

**J.J.B. Hilliard, W.L. Lyons, Inc.**
Member New York, American, Chicago and Boston Stock Exchanges, CBOE, NASD, and SIPC.

0000171 34489 B 2 0049 01 01204200-9999 02161 A

*502l0*



# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville , KY 40232

403332 1907 4093 002 101------395

CREDIT COUNSELORS
SETTLEMENT FUND
ATTN: VIRGINIA C WHITMAN
STE 1700, FOURTH & VINE ST
ONE WEST FOURTH ST
CINCINNATI OH 45202-3604

## INVESTOR INFORMATION

**Investor Update**
Introducing your new PNC Investments client statement. Please refer to the enclosed "How To Read Your Statement" brochure for assistance or contact us at 1-800-762-6111.

| NOT | • May Lose Value |
| FDIC | • No Bank Guarantee |

**Important Investor information:**
Securities and brokerage services are provided by J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC. Annuities and other insurance products are offered by PNC Insurance Services, Inc. and J.J.B. Hilliard, W.L. Lyons, Inc., licensed insurance agencies.

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC

# Classic Account Statement

August 1 - August 31, 2003                                        Page 1 of 5

## CONTACT INFORMATION

| | |
|---|---|
| **Your Financial Consultant**    (G006) | **Office Servicing Your Account** |
| THOMAS E HERMANN | PNC INVESTMENTS |
| (513) 281-0596 | 415 LUDLOW AVE |
| **Customer Service Desk** | CINCINNATI, OH 45220 |
| 1-800-762-6111 | |

**Account Number**    21235058

Access your account online at www.pncinvestments.com.

## ACCOUNT VALUE

| | |
|---|---|
| Cash Equivalents | $260,064.26 |
| Assets held at PNC Investments | $0.00 |
| Assets not held at PNC Investments | $0.00 |
| **Total Account Value as of August 31, 2003** | **$260,064.26** |
| Total Account Value as of July 31, 2003 | $265,000.00 |

## ASSET MIX



Cash Equivalents 100.0%

Account Owner
CREDIT COUNSELORS

Account Number
21235058

# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville, KY 40232

## Investment Objective

Please advise your Financial Consultant immediately if there is a material change in your investment objective or financial situation.

## Pricing of Securities

The pricing of the securities displayed on your statement is derived from various sources and in some cases may be higher or lower than the price at which you may be able to sell or buy securities in the markets. Prices reflect market quotations as of the close on the last business day of the month. For securities traded on an active marketplace, prices reflect market quotations at or near the close on the last business day of the month. For securities traded less frequently, we rely on 3rd party pricing services or a computerized pricing model, which does not always reflect actual market values. Similarly, some annuity market values provided by outside sponsors are estimates. For current price quotes, please contact your Financial Consultant.

## Certificate of Deposit Pricing

Because Certificates of Deposits and Certificates of Deposit priced above par do not take into account the effect of call features.

## Transaction Dates

All securities transactions are reflected on a trade date basis.

## Cost Basis Information (Investor's Preferred™, Capital Directions and Priority Accounts)

All information appearing on the statement is derived from sources believed to be reliable. There is no guarantee as to the accuracy of cost basis information as supplied by you or other sources. Accordingly, cost basis is intended for tax reporting purposes. Please inform your Financial Consultant in the event that a cost basis is missing or inaccurate.

## Realized Gains/Losses (Investor's Preferred™ and Priority Accounts)

Estimated gains or losses are based on first in/first out (FIFO) method. This information should not be used for tax reporting purposes.

## Estimated Annual Income and Yields

Estimated annual income and yields are calculated by annualizing the most recent dividend and interest payment and do not reflect historical experience or project future results. The yield information for the money market will fluctuate. Before investing in any security, carefully read the prospectus, which is available through your Financial Consultant.

## Assets Not Held at Hilliard Lyons

You may purchase certain assets through Hilliard Lyons which will be held at a custodial institution other than Hilliard Lyons (see "Assets Not Held at Hilliard Lyons" section below). Where available, we include market quotes for these assets, which are identified in the Outside Assets section of your statement. The custodial institution is responsible, however, for providing year-end tax reporting information (Form 1099) and separate periodic statements, which may vary from the information included in your Hilliard Lyons statement because of different reporting periods. Hilliard Lyons does not guarantee the accuracy of the information with respect to the value of these investments as reflected on your statement.

## Policy on Order Routing and Order Flow Payment

Consistent with common securities industry practice, Hilliard Lyons receives payment for order flow in the form of other monetary compensation per share (in certain transactions in listed securities) or reciprocal business from other dealers or market centers. Absent directions, orders are routed to such dealers or market centers that in some instances for your benefit. Our formal objective is to obtain the best executions for our clients, regardless of any compensation factor.

Certain equity securities orders may be routed to other brokers/dealers for execution. Each quarter, Hilliard Lyons prepares a summary disclosing orders routed away for execution including the type and the identity of the brokers/dealers or exchanges receiving such orders. This summary is posted on our website (www.hilliard.com). A copy of the most recent quarterly summary is available to you upon request. You may also request the identity of the broker/dealer or exchange directing the execution of your trade and whether or not you received payment for order flow on any of your equity trades placed within the last six months.

## Tax Information

Although your statement may describe certain items as federally tax-exempt, this is for informational purposes only. When reporting your taxes, rely exclusively on the substitute Form 1099 you will receive from us after year-end. Form 1099N, will report distributions from the account other than income and dividends or proceeds from sales.) Federal law subjects you to withholding and/or penalties if you fail to provide us your Social Security or Employer Identification Number.

## SIPC Protection

Hilliard Lyons is a member of the Securities Investor Protection Corporation (SIPC). Cash and securities held in your account are insured up to $500,000 per customer, of which the substitute Form 1099 is available to you which a limit of $100,000 is for uninvested cash. Assets held by custodial institutions are not covered. Contact your Financial Consultant for a detailed brochure describing SIPC coverage.

## Margin Accounts

If you have a margin account, this is a combined statement of your general account and a special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate accounts required by Regulation T is available for your inspection.

Margin requirements must be met for transactions in your margin account. Hilliard Lyons reserves the right to limit margin purchases and short sales, and to change its margin requirements and dates for house or other margin calls in accordance with the Firm's guidelines, market conditions and regulatory margin requirements. Your margin assets can be identified as Account Type 2 securities.

## Margin Account Disclosure Statement

In light of the growth in the use of margin accounts, it is important to note the following potential risks associated with margin accounts. Before you open a margin account with us, you should carefully review the terms governing margin loans. If you decide the value declines, Hilliard Lyons has the right to force the sale of securities in your margin account. Hilliard Lyons may notify you of a margin call and allow you a few days to meet the call, but the firm can also sell your securities without contacting you. You cannot decide which securities should be sold from your margin account. Hilliard Lyons can increase maintenance margin requirements at any time and Hilliard Lyons does not have to grant you an extension on a margin call.

## Margin Account Interest Charges

The margin interest period includes the last day of the prior statement through the day prior to the last day of the current statement period. The interest charge is computed by multiplying the rate of interest by the average daily settled debit balance and a fraction, the numerator of which is the number of days in the interest period, and the denominator of which is three hundred sixty (360). The rate of interest is determined by the amount of money and is subject to change without notice.

## Late Charges

If transactions in your cash account result in a debit balance and you do not make payment by the settlement date, you may be subject to a late charge.

## Termination Fee

A $75.00 Termination Fee will be applied to each account closed or transferred for any reason.

## Free Credit Balances

A free credit balance in your account will be paid to you on demand, in the normal course of business, along with any fully paid securities to which you are entitled. Free credit balances and fully paid securities are available unless your balances are not segregated and may be used in our business, subject to the limitations of the Securities Exchange Act of 1934.

## Option Accounts

Further information with respect to commissions and other charges related to the execution of listed option transactions has been included in confirmation of such transactions previously furnished to you and will be made available to you promptly upon request. Should the Options Clearing Corp. or our correspondent assign Hilliard Lyons to satisfy the exercise of any options, we may reassign, in our sole discretion to your options, the exercise of the option under an automated random selection method.

## Financial Statement

The Financial Condition of J.J.B. Hilliard, W.L. Lyons, Inc. is on our website, or you may request a copy by calling 1-800-444-1854.

## Form ADV (Capital Directions Account)

If you would like to receive a copy of Hilliard disclosure statement on Part II of Form ADV, please send your written request to: Hilliard Lyons, Attn: Managed Accounts Department, P.O. Box 32760, Louisville, KY 40232-2760. You may expect to receive by return mail within seven days of our receipt of your request.

## Errors, Inquiries & Complaints

If you do not understand an entry on your statement, or suspect an error, you must notify the Branch Manager of the office servicing your account. We will consider your statement correct unless we receive written inquiry from you about any suspected errors within 10 calendar days of the mailing of the statement to you. It is your responsibility to review your statement promptly and to seek immediate clarification about entries you do not clearly understand. All correspondence about an inquiry should include: (1) Your name and account number; (2) The date of the entry in question; (3) A complete description of the entry and why you feel that the entry may be in error; and (4) The dollar amount of the entry in question.

If you have a complaint regarding the nature or circumstances regarding the entry, please notify us in writing at the following address: Hilliard Lyons, Attn: Compliance Department, P.O. Box 535236, Pittsburgh, PA 15253-5236

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges, CBOE, NASD, and SIPC

NOT FDIC • May Lose Value • No Bank Guarantee



# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville, KY 40232

## Classic Account Statement

August 1 - August 31, 2003

Page 3 of 5

PNC Investments is so much more than just stocks and bonds. Not only can we provide to you virtually every type of investment, we also offer the guidance needed to use those tools successfully in the pursuit of your financial goals. Ask your Financial Consultant about our expert advice on lifetime financial planning, retirement planning and trust and estate planning.

*Account Owner*
CREDIT COUNSELORS

*Account Number*
21235058

## ASSET SUMMARY

| | Prior Period | Current Period | % of Account Value* |
|---|---|---|---|
| **Cash** | | | |
| Money Market Funds | $265,000.00 | $260,064.26 | 100.0% |
| Margin Balance | | | |
| **Cash Equivalents** | $265,000.00 | $260,064.26 | 100.0% |
| Stocks | | | |
| Options | | | |
| Preferred Stocks | | | |
| Tax-Exempt Bonds | | | |
| Taxable Bonds | | | |
| Mutual Funds | | | |
| Unit Investment Trusts | | | |
| Other Investments | | | |
| **Assets held at PNC Investments** | $0.00 | $0.00 | 0.0% |
| **Total Account Value** | $265,000.00 | $260,064.26 | 100.0% |

* Please note "% of Account Value" figures are shown gross of any amounts owed to PNC Investments and/or net short positions.

## INCOME & DISTRIBUTIONS

| | | Current Period | Year-to-Date |
|---|---|---|---|
| Dividends | Tax-Exempt | | |
| | Taxable | $64.26 | $64.26 |
| Interest | Tax-Exempt | | |
| | Taxable | | |
| Capital Gain Distributions | | | |
| Return of Principal | | | |
| Other Income & Distributions | | | |
| **Total Income & Distributions** | | $64.26 | $64.26 |

## TAX INFORMATION SUMMARY*

| | | Current Period | Year-to-Date |
|---|---|---|---|
| Accrued Interest Paid | Tax-Exempt | | |
| | Taxable | | |
| Accrued Interest Received | Tax-Exempt | | |
| | Taxable | | |
| Gross Proceeds | | | |
| Federal Withholding | | | |
| Foreign Taxes Paid | | | |
| Margin Interest Charged | | | |

* For information only. Please refer to your Form 1099 for tax filing purposes.

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC

*55200*



# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville , KY 40232

## Classic Account Statement

August 1 - August 31, 2003                    Page 4 of 5

Account Owner
CREDIT COUNSELORS

Account Number
21235058

---

## ASSET DETAILS

This section shows the cash equivalents and/or securities in your account. It reflects market values as of the close of business, August 31, 2003.

### CASH EQUIVALENTS

| | Current Value | Anticipated Annualized Income | Current Yield Percent |
|---|---|---|---|
| HILLIARD-LYONS GOVERNMENT FUND, INC | $260,064.26 | $1,274.31 | 0.490% |
| **Total Cash Equivalents** | **$260,064.26** | **$1,274.31** | |

| | Current Value | Anticipated Annualized Income |
|---|---|---|
| **Total Account Value** | **$260,064.26** | **$1,274.31** |

---

## ACTIVITY SUMMARY

### CASH EQUIVALENTS

| Activity | Current Period | Cash | Money Market | Margin |
|---|---|---|---|---|
| **Opening Balance - Cash Equivalents** | **$265,000.00** | $0.00 | $265,000.00 | $0.00 |
| Buy and Sell Transactions | | | | |
| Assets Bought | | | | |
| Assets Sold/Redeemed | | | | |
| Cash Deposits and Withdrawals | ($64.26) | ($64.26) | $64.26 | |
| Deposits Made to Your Account | $5,000.00 | $5,000.00 | ($5,000.00) | |
| Withdrawals From Your Account | | | | |
| Income and Distributions | $64.26 | | $64.26 | |
| Dividends | | | | |
| Interest | | | | |
| Capital Gains Distributions | | | | |
| Return of Principal | | | | |
| Other Income and Distributions | | | | |
| Margin Interest | | | | |
| Margin Interest Charged | | | | |
| Other | ($5,000.00) | ($5,000.00) | | |
| Other Transactions | | | | |
| **Closing Balance - Cash Equivalents** | **$260,064.26** | $0.00 | $260,064.26 | $0.00 |

---

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC

# PNC INVESTMENTS
A division of J.J.B. Hilliard, W.L. Lyons, Inc., member NYSE and SIPC

P.O. Box 32760
Louisville, KY 40232

## Classic Account Statement

August 1 - August 31, 2003

Page 5 of 5

| Account Owner | Account Number |
|---|---|
| CREDIT COUNSELORS | 21235058 |

## ACTIVITY DETAIL BY DATE

|  |  |  |  |  | CASH EQUIVALENTS | | |
|---|---|---|---|---|---|---|---|
| Date | Activity | Description | Quantity | Price | Total | Cash | Money Market | Margin |
|  |  | **Opening Balance** |  |  | $265,000.00 | $0.00 | $265,000.00 | $0.00 |
| 08/15/2003 | DIVIDEND | HILLIARD-LYONS GOVERNMENT FUND, INC | 64.260 | $1.0000 | $64.26 | $64.26 | $64.26 |  |
| 08/15/2003 | REINVEST DIV | HILLIARD-LYONS GOVERNMENT FUND, INC | 64.260 | $1.0000 | ($64.26) | ($64.26) | $64.26 |  |
| 08/15/2003 | SALE | HILLIARD-LYONS GOVERNMENT FUND, INC | (5,000.000) | $1.0000 | ($5,000.00) | $5,000.00 |  |  |
| 08/15/2003 | JOURNAL | SENT TO 400692459S PNC Bank OH |  |  | ($5,000.00) | ($5,000.00) | ($5,000.00) |  |
|  |  | **Closing Balance** |  |  | $260,064.26 | $0.00 | $260,064.26 | $0.00 |

Thank you for allowing PNC Investments to serve you. If you have any questions regarding your account or this statement, please contact your Financial Consultant. Terms and conditions are provided with your account statement on a periodic basis or may be obtained upon request.

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC

# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville, KY 40232

446206  AVE  002  202  09 30----- 503

CREDIT COUNSELORS
SETTLEMENT FUND
ATTN: VIRGINIA C WHITMAN
STE 1700, 4TH & VINE TOWER
ONE WEST FOURTH ST
CINCINNATI OH 45202-3604

## INVESTOR INFORMATION

**Investor Update**
Give the gift that keeps on living. 529 College Savings Plans provide the gift of education with benefits for a lifetime. Contact your Financial Consultant today to learn more about 529 Plans.

## Classic Account Statement
September 1 - September 30, 2003
Page 1 of 5

## CONTACT INFORMATION

| | |
|---|---|
| **Account Number** | 21235058 |

**Your Financial Consultant**   (G006)
THOMAS E HERMANN
(513) 281-0596

**Customer Service Desk**
1-800-762-6111

**Office Servicing Your Account**
PNC INVESTMENTS
415 LUDLOW AVE
CINCINNATI, OH 45220

**Access your account online at www.pncinvestments.com**

## ACCOUNT VALUE

| | |
|---|---|
| Cash Equivalents | $258,672.34 |
| Assets held at PNC Investments | $0.00 |
| Assets not held at PNC Investments | $0.00 |
| **Total Account Value as of September 30, 2003** | **$258,672.34** |
| Total Account Value as of August 31, 2003 | $260,064.26 |

## ASSET MIX



Cash Equivalents 100.0%

Account Owner
CREDIT COUNSELORS

Account Number
21235058

**NOT FDIC insured**
• May Lose Value
• No Bank Guarantee

**Important Investor Information:**
Securities and brokerage services are provided by J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC. Annuities and other insurance products are offered by PNC Insurance Services, Inc. and J.J.B. Hilliard, W.L. Lyons, Inc., licensed insurance agencies.

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC

*03160*

# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville, KY 40232

## Classic Account Statement

**September 1 - September 30, 2003**

Page 2 of 5

NOT
FDIC · May Lose Value
· No Bank Guarantee

## Investment Objective

Please advise your Financial Consultant immediately if there is a material change in your investment objective or financial situation.

## Pricing of Securities

The pricing of securities displayed on your statement is derived from various sources which may be deemed reliable, but cannot be guaranteed. In some cases may be derived from actual market values. Similarly, pricing services or a computerized pricing model, which does not always reflect actual market values. Similarly, some annuity market values provided by outside sources are estimates. For current price quotes, please contact your Financial Consultant.

## Cost Basis Information (Investor's Preferred®, Capital Directions and J.J.B. Accounts)

All securities transactions are reflected on a trade date basis.

## Transaction Dates

All securities transactions are reflected on a trade date basis.

## Certificate of Deposit Pricing

Fixed Income securities and Certificates of Deposit priced above par do not take into account the effect of call features.

## Cost Basis Information (Investor's Preferred®, Capital Directions and J.J.B. Accounts)

Cost basis information provided with respect to cost basis is intended for tax reporting purposes. Please inform your Financial Consultant in the event that a cost basis is missing or inaccurate.

## Realized Gains/Losses (Investor's Preferred® and Priority Accounts)

The first in-first out (FIFO) method. This information should not be used for tax reporting purposes.

## Estimated Annual Income and Yields

Estimated annual income and yields are calculated by annualizing the most recent dividend and interest payment and do not reflect historical experience or projected future results. The yield information for current and future yields will fluctuate. Before investing in any of these funds, carefully read the prospectus, which is available through your Financial Consultant.

## Assets Not Held at Hilliard Lyons

You may hold certain assets through Hilliard Lyons which will hold in a custodial institution other than Hilliard Lyons (with "SIPC Protection"). Where available, we include information about these assets, which are identified in the Outside Assets section of your statement. The custodial institution is responsible, however, for providing year-end tax reporting information (Form 1099) and separate periodic statements, which may vary from the information included on your Hilliard Lyons statement because of different dates or reporting periods. Hilliard Lyons does not guarantee or confirm that the information with respect to the value of those investments as reflected on your statement.

## Policy on Order Routing and Order Flow Payment

Consistent with common securities industry practice, Hilliard Lyons receives payment for order flow in the form of other monetary compensation per share (in certain transactions in listed securities) or reciprocal business from other dealers or market centers. Certain equity securities orders are routed to such dealers or market centers that execute orders at a price equal to the NBBO. Our firm objective is to obtain the best executions for our clients, regardless of any compensation factor.

Certain equity securities orders may be routed to other broker/dealers or exchanges for execution. Each quarter, Hilliard Lyons prepares a summary discussing orders routed away for execution including the type and fee basis of each market center. This summary is available to you and is posted on our website (www.hilliard.com). You may also request the identity of the broker/dealer or exchange executing your trade and the time of execution on any of your equity trades placed within the last six months.

## Tax Information

Although your statement must describe certain items as federally tax-exempt, this is for informational purposes only. When reporting (the 1099 you will receive from us after year-end for your taxable accounts. (For retirement accounts, Form 1099R will report distributions from the account). Absent interest, income and dividends of proceeds from sales.) Federal law subjects you to withholding and/or penalties if you fail to provide us your Social Security or Employer Identification Number.

## SIPC Protection

Hilliard Lyons is a member of the Securities Investor Protection Corporation (SIPC). Cash and assets held in your account are insured up to $500,000 per customer, of which a limit of $100,000 is for unvested cash. Assets held by custodial institutions are not covered. Contact your Financial Consultant for a detailed brochure describing SIPC coverage.

## Margin Accounts

If you have a margin account, this is a combined statement of your general account and a special miscellaneous account maintained for you under the Board of Governors of the Federal Reserve (issued by the Board of Governors of the Federal Reserve System). The payment record of the separate account required by Regulation T is available for your inspection upon request. Hilliard Lyons reserves the right to limit margin purchases and short sales, and to alter its margin requirements and the dates for house or other margin calls in accordance with the Firm guidelines, margin markets and regulatory margin requirements. Your margin assets can be identified as Account Type 2 securities.

## Margin Account Disclosure Statement

In light of the growth in the use of margin accounts, it is important to outline following potential risks associated with margin accounts. When you can lose more funds than you deposit in the margin account. If the value declines, Hilliard Lyons has the right to force the sale of securities in your margin account. Hilliard Lyons may notify you of a margin call, but the firm can also sell your securities without contacting you, you cannot decide which securities should be sold from your margin account. Hilliard Lyons can increase maintenance margin requirements at any time and Hilliard Lyons does not have to grant you an extension on a margin call.

## Margin Account Interest Charges

The margin interest period includes the last day of the prior statement period through the day prior to the last day of the current statement period. The interest charge is computed by multiplying the rate of interest by the average net daily settled debit balance and is divided by the number of days the debit balance existed, of which is the number of days in the year divided (360) and the denominator of which is three hundred sixty (360). The rate of interest is determined by the cost of borrowing money and is subject to change without notice.

## Late Charges

If transactions in your cash account result in a debit balance and you do not make payment by the settlement date, you may be subject to a late charge.

## Termination Fee

A $75.00 Termination Fee will be applied to each account closed or transferred for any reason.

## Free Credit Balances

A free credit balance in your account will be paid to you on demand, in the normal course of business, along with any fully paid securities to which you are entitled, if certificates for that security are available. Free credit balances are not segregated and may be used in our business, subject to the limitations of the Securities Exchange Act of 1934.

## Option Accounts

Further information with respect to commissions and other charges related to the execution of listed option transactions has been included in confirmation of such transactions previously furnished to you and will be made available to you promptly upon request. Should the Options Clearing Corp. or our correspondent assign Hilliard Lyons an exercise of any options, we may reassign, in our sole discretion to your account, the exercise of the option under an automated random selection method.

## Financial Statement

A Statement of Financial Condition of J.J.B. Hilliard, W.L. Lyons, Inc. is at our website, or you may request a copy by calling 1-800-444-1854.

## Form ADV (Capital Directions Account)

If you would like to receive a copy of Hilliard Lyons' disclosure statement on Part II Form ADV, please send your written request to: Hilliard Lyons, Attn: Managed Accounts Department, P.O. Box 32760, Louisville, KY 40232-2760. You may expect to receive your copy by return mail within seven days of our receipt of your request.

## Errors, Inquiries & Complaints

If you do not understand an entry on your statement, or suspect an error, you must notify the Branch Manager or office servicing your account in writing. We will review your suspected entries within 10 calendar days of the statement correct unless you write (in writing) about any suspected errors promptly and to seek immediate clarification about entries you do not clearly understand. All correspondence should include (1) Your name and account number; (2) The date of the entry in question, (3) A complete description of the entry and why you feel that the entry to be in error; and (4) The dollar amount of the entry in question.

If you have a complaint regarding the nature or circumstances regarding your account, please notify us in writing at the following address; Hilliard Lyons, Attn: Compliance Department, P.O. Box 535236, Pittsburgh, PA 15233-5236

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD and SIPC.

# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville , KY 40232

## Classic Account Statement

September 1 - September 30, 2003

Page 3 of 5

## ASSET SUMMARY

| | Prior Period | Current Period | % of Account Value* |
|---|---|---|---|
| Cash | | | |
| Money Market Funds | $260,064.26 | $258,672.34 | 100.0% |
| Margin Balance | | | |
| **Cash Equivalents** | **$260,064.26** | **$258,672.34** | **100.0%** |
| Stocks | | | |
| Options | | | |
| Preferred Stocks | | | |
| Taxable Bonds | | | |
| Tax-Exempt Bonds | | | |
| Mutual Funds | | | |
| Unit Investment Trusts | | | |
| Other Investments | | | |
| **Assets held at PNC Investments** | **$0.00** | **$0.00** | **0.0%** |
| **Total Account Value** | **$260,064.26** | **$258,672.34** | **100.0%** |

*Please note "% of Account Value" figures are shown gross of any amounts owed to PNC Investments and/or net short positions.

## INCOME & DISTRIBUTIONS

| | | Current Period | Year-to-Date |
|---|---|---|---|
| Dividends | Tax-Exempt | | |
| | Taxable | | |
| Interest | Tax-Exempt | | |
| | Taxable | $108.08 | $172.34 |
| Capital Gain Distributions | | | |
| Return of Principal | | | |
| Other Income & Distributions | | | |
| **Total Income & Distributions** | | **$108.08** | **$172.34** |

PNC Investments is so much more than just stocks and bonds. Not only can we provide to you virtually every type of investment, we also offer the guidance needed to use those tools successfully in the pursuit of your financial goals. Ask your Financial Consultant about our expert advice on lifetime financial planning, retirement planning and trust and estate planning.

## TAX INFORMATION SUMMARY*

| | | Current Period | Year-to-Date |
|---|---|---|---|
| Accrued Interest Paid | Tax-Exempt | | |
| | Taxable | | |
| Accrued Interest Received | Tax-Exempt | | |
| | Taxable | | |
| Gross Proceeds | | | |
| Federal Withholding | | | |
| Foreign Taxes Paid | | | |
| Margin Interest Charged | | | |

* For information only. Please refer to your Form 1099 for tax filing purposes.

Account Owner
CREDIT COUNSELORS

Account Number
21235058





# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville , KY 40232

## Classic Account Statement

September 1 - September 30, 2003          Page 4 of 5

| | Account Owner | Account Number |
|---|---|---|
| | CREDIT COUNSELORS | 2125658 |

## ASSET DETAILS

This section shows the cash equivalents and/or securities in your account. It reflects market values as of the close of business, September 30, 2003.

### CASH EQUIVALENTS

| | Current Value | Anticipated Annualized Income | Current Yield Percent |
|---|---|---|---|
| HILLIARD-LYONS GOVERNMENT FUND, INC | $258,672.34 | $1,267.49 | 0.490% |
| **Total Cash Equivalents** | $258,672.34 | $1,267.49 | |

| | Current Value | Anticipated Annualized Income |
|---|---|---|
| **Total Account Value** | $258,672.34 | $1,267.49 |

## ACTIVITY SUMMARY

### CASH EQUIVALENTS

| Activity | Current Period | Cash | Money Market | Margin |
|---|---|---|---|---|
| **Opening Balance - Cash Equivalents** | $260,064.26 | $0.00 | $260,064.26 | $0.00 |
| **Buy and Sell Transactions** | | | | |
| Assets Bought | | | | |
| Assets Sold/Redeemed | | | | |
| **Cash Deposits and Withdrawals** | ($108.08) | ($108.08) | $108.08 | |
| Deposits Made to Your Account | | | | |
| Withdrawals From Your Account | | ($1,500.00) | ($1,500.00) | |
| **Income and Distributions** | $108.08 | | $108.08 | |
| Dividends | $108.08 | | $108.08 | |
| Interest | | | | |
| Capital Gains Distributions | | | | |
| Return of Principal | | | | |
| Other Income and Distributions | | | | |
| **Margin Interest** | | | | |
| Margin Interest Charged | | | | |
| **Other** | ($1,500.00) | ($1,500.00) | | |
| Other Transactions | ($1,500.00) | ($1,500.00) | | |
| **Closing Balance - Cash Equivalents** | $258,672.34 | $0.00 | $258,672.34 | $0.00 |

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC

# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 3760
Louisville, KY 40232

## Classic Account Statement

September 1 - September 30, 2003

Page 5 of 5

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges;CBOE; NASD and SIPC

Account Owner
CREDIT COUNSELORS

Account Number
2123S058

## ACTIVITY DETAIL BY DATE

| Date | Activity | Description | Quantity | Price | Total | Cash | Money Market | Margin |
|------|----------|-------------|----------|-------|-------|------|--------------|--------|
| | | **Opening Balance** | | | $260,064.26 | $0.00 | $260,064.26 | $0.00 |
| 09/10/2003 | SALE | HILLIARD-LYONS GOVERNMENT FUND, INC | (1,500.000) | $1.0000 | ($1,500.00) | $1,500.00 | ($1,500.00) | |
| 09/10/2003 | JOURNAL | SENT TO 400692459S PNC Bank OH | | | ($1,500.00) | ($1,500.00) | | |
| 09/15/2003 | DIVIDEND | HILLIARD-LYONS GOVERNMENT FUND, INC | 108.080 | $1.0000 | $108.08 | $108.08 | | |
| 09/15/2003 | REINVEST DIV | HILLIARD-LYONS GOVERNMENT FUND, INC | 108.080 | $1.0000 | ($108.08) | ($108.08) | $108.08 | |
| | | **Closing Balance** | | | $258,672.34 | $0.00 | $258,672.34 | $0.00 |

## CASH EQUIVALENTS

Thank you for allowing PNC Investments to serve you. If you have any questions regarding your account or this statement, please contact your Financial Consultant.
Terms and conditions are provided with your account statement on a periodic basis or may be obtained upon request.

# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

## Classic Account Statement

October 1 - October 31, 2003

Page 1 of 5

CREDIT COUNSELORS
SETTLEMENT FUND
ATTN: VIRGINIA C WHITMAN
STE 1700, 4TH & VINE TOWER
ONE WEST FOURTH ST
CINCINNATI OH 45202-3604

44622Z FDOT 7768 10Z V3 ------ 2980

P.O. Box 32760
Louisville, KY 40232

### CONTACT INFORMATION

**Account Number**  21235058

Your Financial Consultant   (G006)
THOMAS E HERMANN
(513) 281-0596
Customer Service Desk
1-800-762-6111

**Office Servicing Your Account**
PNC INVESTMENTS
415 LUDLOW AVE
CINCINNATI, OH 45220

**Access your account online at www.pncinvestments.com**

### ACCOUNT VALUE

| | |
|---|---|
| Cash Equivalents | $257,576.80 |
| Assets held at PNC Investments | $0.00 |
| Assets not held at PNC Investments | $0.00 |
| **Total Account Value as of October 31, 2003** | **$257,576.80** |

Total Account Value as of September 30, 2003    $258,672.34

### ASSET MIX



Cash Equivalents 100.0%

**INVESTOR INFORMATION**

**Investor Update**
Looking to simplify your life? PNC's Investor's Preferred Account is convenient, flexible, and puts you in control of your investments with ATM and PNC Bank branch access, online features, check writing and easy to read statements. Call about upgrading your account today.

| NOT FDIC INSURED | • May Lose Value • No Bank Guarantee |
|---|---|

**Important Investor Information:**
Securities and brokerage services are provided by J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC. Annuities and other insurance products are offered by PNC Insurance Services, Inc. and J.J.B. Hilliard, W.L. Lyons, Inc., licensed insurance agencies.

*J.J.B. Hilliard, W.L. Lyons, Inc.*
*Member New York, American, and Chicago Stock Exchanges CBOE, NASD, and SIPC*

Account Owner
CREDIT COUNSELORS

Account Number
21235058

.00106.

**Classic Account Statement**

October 1 - October 31, 2003

Page 2 of 5

SIPC
NOT
• No Bank Guarantee
• May Lose Value

## Pricing of Securities

The pricing of securities displayed on your statement is derived from various sources and in some instances may be derived from or provided by your investment objective or financial situation.

## Investment Objective

Please advise your Financial Consultant immediately if there is a material change in your investment objective or financial situation.

The pricing of securities displayed on your statement is derived from various sources and in some instances may be higher or lower than the price you would receive in the market. If we can obtain a price, "N/A" appears. For securities listed on an exchange or trading continually on the market, we rely on the last business day of the month. For securities trading less frequently, we rely on final pricing services or a computerized pricing model, which does not always reflect actual market values. Similarly, some annually market values provided by outside sources are estimates. For current price quotes, please contact your Financial Consultant.

## Certificate of Deposit Pricing

Fixed Income securities and Certificates of Deposit priced above par do not take into account the effect of call features.

## Transaction Dates

All securities transactions are reflected on a trade date basis.

## Cost Basis Information (Investor's Preferred℠, Capital Directions and Priority Accounts)

All information provided on a cost basis is derived from your other sources. There is no guarantee as to the accuracy of cost basis information or the profit and loss information provided. Accordingly, cost basis is not intended for tax reporting purposes. Please inform your Financial Consultant in the event that a cost basis is missing or inaccurate.

## Realized Gains/Losses (Investor's Preferred℠ and Priority Accounts)

Reported gains or losses are based on first in/first out (FIFO) method. This information should not be used for tax reporting purposes.

## Estimated Annual Income and Yields

Estimated annual income and yields are calculated by annualizing the most recent dividend and interest payment and do not reflect historical experience or project future results. The yield information for the money market funds is based on a historical performance, future yields may fluctuate. Before investing in any of these funds, please read the prospectus, which is available through your Financial Consultant.

## Assets Not Held at Hilliard Lyons

You may purchase certain assets through Hilliard Lyons, which will be held at a custodial institution other than Hilliard Lyons (see information about these assets, which are identified in the Outside Assets section of your statement. The custodial institution is responsible, however, for providing you and tax reporting information (Form 1099) and separate periodic statements, which may vary from the information included on your Hilliard Lyons statement because of different reporting periods. Hilliard Lyons does not guarantee the accuracy of the information with respect to the value of these investments as reflected on your statement.

## Policy on Order Routing and Order Flow Payment

Consistent with common securities industry practice, Hilliard Lyons receives payment for order flow for certain of either monetary compensation per share (in certain transactions) or reciprocal business from certain other dealers or market centers. Absent direction, orders are routed to such dealers or market centers that are routed to such dealers or market centers and/or orders at prices at the NBBO. Our firm's general objective is to obtain the best executions for our clients, regardless of any compensation. Certain equity securities orders may be routed to other broker/dealers or exchanges for execution. Each quarter, Hilliard Lyons prepares a summary discussing orders routed away for execution including the type and the identity of the broker/dealers or exchanges receiving such orders. This summary is posted on our website (www.hilliard.com) and a copy of the most recent quarterly summary is available to you upon request. You may also request the identity of the broker/dealer to which execution of your trade and associated terms of execution on any of your equity trades placed within the last six months.

## Tax Information

Although your statement may describe certain items as federally tax-exempt, this is for informational purposes only. When reporting your taxes, please rely on the substitute Form 1099 you will receive for a given tax year. If you are subject to back-up withholding for your account. (For retirement accounts year-end Form 1099R will report distributions from the account, rather than income and dividends or proceeds from sales.) Federal law subjects you to withholding and/or penalties if you fail to provide us your Social Security or Employer Identification Number.

## SIPC Protection

Hilliard Lyons is a member of the Securities Investor Protection Corporation (SIPC). Cash and securities held in any fully paid securities to which you are entitled, in your account in the normal course of business, along with certificates for that purpose are available. Free credit balances are not segregated and may be used in our business, subject to the limitations of the Securities Exchange Act of 1934.

## Margin Accounts

If you have a margin account, this is a combined statement of your general account and a special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account required by Regulation T is available for your inspection upon request. Hilliard Lyons reserves the right to limit margin purchases, and due dates for house or other margin calls and regulatory requirements. Your margin assets can be identified as Account Type 2 securities.

## Margin Account Disclosure Statement

In light of the growth in the use of margin accounts, it is important to note the following important rules associated with margin accounts. It is possible that you can lose more funds than you deposit in the margin account. A decline in the value declines; Hilliard Lyons can force the sale of securities in your margin account; Hilliard Lyons may notify you of a margin call and allow you a few days to meet the call, but the firm can also sell your securities without contacting you, you cannot decide which securities should be sold from your margin account; Hilliard Lyons can increase margin requirements at any time and Hilliard Lyons does not have to grant you an extension on a margin call.

## Margin Account Interest Charges

The margin interest period includes the last day of the prior statement period through the day prior to the last day of the current statement period. The interest charge is computed by multiplying the rate of interest by the average net daily settled debit balance and a fraction, the numerator of which is the number of days the debit balance existed, and the denominator of which is three hundred and sixty (360). The rate of interest is determined by the cost of borrowing money and is subject to change without notice.

## Late Charges

If transactions in your cash account result in a debit balance and you do not make payment by the settlement date, you may be subject to a late charge.

## Termination Fee

A $75.00 Termination Fee will be applied to each account closed or transferred for any reason.

## Free Credit Balances

A free credit balance in your account will be paid to you on demand, in the normal course of business, along with any fully paid securities to which you are entitled. Free credit balances are not segregated and may be used in our business, subject to the limitations of the Securities Exchange Act of 1934.

## Option Accounts

Further information with respect to commissions and other charges incurred in the execution of listed option transactions has been included in confirmation of such transactions previously furnished to you and will be made available to you promptly upon request. Should the Options Clearing Corp. or our correspondent assign Hilliard Lyons to satisfy the exercise of any options, we may reassign, in our sole discretion, the exercise of the option under an automated random selection method.

## Financial Statement

A copy of the Financial Condition of J.J.B. Hilliard, W.L. Lyons, Inc. is at our website, or you may request a copy by calling 1-800-444-1854.

## Form ADV (Capital Directions Account)

If you would like to receive a copy of Hilliard Lyons' disclosure statement on Part II of Form ADV, please send your written request to: Hilliard Lyons, Attn: Managed Accounts Department, P.O. Box 32760, Louisville, KY 40232-2760. You may request to receive your copy by return mail within seven days of our receipt of your request.

## Errors, Inquiries & Complaints

If you do not understand an entry on your statement, or suspect an error, you must notify the Branch Manager of the office servicing your account. We will consider your statement correct unless we receive written inquiry from you about any suspected errors within 10 calendar days of the mailing of the statement to you. It is your responsibility to review your statement, promptly and to seek immediate clarification about entries you do not clearly understand. All inquiries should include: (1) Your name and account number, (2) The date of the entry in question; (3) A complete description of the entry and why you feel the entry may be in error; and (4) The dollar amount of the entry in question.

If you have a complaint regarding the nature or circumstances regarding your account, please notify us in writing at the following address: Hilliard Lyons, Attn: Compliance Department, P.O. Box 535236, Pittsburgh, PA 15253-5236

**PNC INVESTMENTS**
A division of J.J.B. Hilliard, W.L. Lyons, Inc., member NYSE and SIPC

P.O. Box 32760
Louisville , KY 40232

*Classic Account Statement*

October 1 - October 31, 2003

Page 3 of 5

PNC Investments is so much more than just stocks and bonds. Not only can we provide to you virtually every type of investment, we also offer the guidance needed to use those tools successfully in the pursuit of your financial goals. Ask your Financial Consultant about our expert advice on lifetime financial planning, retirement planning and trust and estate planning.

Account Owner
CREDIT COUNSELORS

Account Number
21235658

## ASSET SUMMARY

| | Prior Period | Current Period | % of Account Value* |
|---|---|---|---|
| Cash | | | |
| Money Market Funds | | | |
| Margin Balance | $258,672.34 | $257,576.80 | 100.0% |
| **Cash Equivalents** | **$258,672.34** | **$257,576.80** | **100.0%** |
| Stocks | | | |
| Options | | | |
| Preferred Stocks | | | |
| Tax-Exempt Bonds | | | |
| Taxable Bonds | | | |
| Mutual Funds | | | |
| Unit Investment Trusts | | | |
| Other Investments | | | |
| **Assets held at PNC Investments** | $0.00 | $0.00 | 0.0% |
| **Total Account Value** | **$258,672.34** | **$257,576.80** | **100.0%** |

Please note "% of Account Value" figures are shown gross of any amounts owed to PNC Investments and/or net short positions.

## INCOME & DISTRIBUTIONS

| | | Current Period | Year-to-Date |
|---|---|---|---|
| Dividends | Taxable | | |
| | Tax-Exempt | | |
| Interest | Taxable | $104.46 | $276.80 |
| | Tax-Exempt | | |
| Capital Gain Distributions | | | |
| Return of Principal | | | |
| Other Income & Distributions | | | |
| **Total Income & Distributions** | | **$104.46** | **$276.80** |

## TAX INFORMATION SUMMARY*

| | | Current Period | Year-to-Date |
|---|---|---|---|
| Accrued Interest Paid | Tax-Exempt | | |
| | Taxable | | |
| Accrued Interest Received | Tax-Exempt | | |
| | Taxable | | |
| Gross Proceeds | | | |
| Federal Withholding | | | |
| Foreign Taxes Paid | | | |
| Margin Interest Charged | | | |

* For information only. Please refer to your Form 1099 for tax filing purposes.

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC



.00208.



# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville , KY 40232

## *Classic Account Statement*

**October 1 - October 31, 2003**

Page 4 of 5

Account Owner
CREDIT COUNSELORS

Account Number
21235058

## ASSET DETAILS

This section shows the cash equivalents and/or securities in your account. It reflects market values as of the close of business, October 31, 2003.

### CASH EQUIVALENTS

| | Current Value | Anticipated Annualized Income | Current Yield Percent |
|---|---|---|---|
| HILLIARD-LYONS GOVERNMENT FUND, INC | $257,576.80 | $1,287.88 | 0.500% |
| **Total Cash Equivalents** | $257,576.80 | $1,287.88 | |

**Total Account Value**

| Current Value | Anticipated Annualized Income |
|---|---|
| $257,576.80 | $1,287.88 |

## ACTIVITY SUMMARY

### CASH EQUIVALENTS

| Activity | Current Period | Cash | Money Market | Margin |
|---|---|---|---|---|
| **Opening Balance - Cash Equivalents** | $258,672.34 | $0.00 | $258,672.34 | $0.00 |
| Buy and Sell Transactions | | | | |
| Assets Bought | | | | |
| Assets Sold/Redeemed | | | | |
| Cash Deposits and Withdrawals | ($104.46) | ($104.46) | $104.46 | |
| Deposits Made to Your Account | $1,200.00 | $1,200.00 | | |
| Withdrawals From Your Account | ($1,200.00) | | ($1,200.00) | |
| Income and Distributions | $104.46 | | $104.46 | |
| Dividends | $104.46 | | | |
| Interest | | | | |
| Capital Gains Distributions | | | | |
| Return of Principal | | | | |
| Other Income and Distributions | | | | |
| Margin Interest | | | | |
| Margin Interest Charged | | | | |
| Other | ($1,200.00) | | ($1,200.00) | |
| Other Transactions | | | | |
| **Closing Balance - Cash Equivalents** | $257,576.80 | $0.00 | $257,576.80 | $0.00 |

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC

# PNC INVESTMENTS

A division of J.J.B. Hilliard W.L.Lyons, Inc. member NYSE and SPF

P.O. Box 32760
Louisville , KY 40232

## Classic Account Statement
October 1 - October 31, 2003
Page 5 of 5

### ACTIVITY DETAIL BY DATE

### CASH EQUIVALENTS

| Date | Activity | Description | Quantity | Price | Total | Cash | Money Market | Margin |
|------|----------|-------------|----------|-------|-------|------|--------------|--------|
| | | **Opening Balance** | | | | $0.00 | $258,672.34 | $0.00 |
| 09/15/2003 | DIVIDEND | HILLIARD-LYONS GOVERNMENT FUND, INC 101503 258.672 | 104.460 | $1.0000 | $258,672.34 $104.46 | | $258,672.34 $104.46 | |
| 09/15/2003 | REINVEST DIV | HILLIARD-LYONS GOVERNMENT FUND, INC | 104.460 | $1.0000 | $104.46 | ($104.46) | $104.46 | |
| 09/17/2003 | SALE | HILLIARD-LYONS GOVERNMENT FUND, INC | (1,200.000) | $1.0000 | $1,200.00 | $1,200.00 | | |
| 09/17/2003 | JOURNAL | SENT TO 400692459S PNC Bank OH | | | ($1,200.00) | ($1,200.00) | ($1,200.00) | |
| | | **Closing Balance** | | | $257,576.80 | $0.00 | $257,576.80 | $0.00 |

Thank you for allowing PNC Investments to serve you. If you have any questions regarding your account or this statement, please contact your Financial Consultant.

Terms and conditions are provided with your account statement on a periodic basis or may be obtained upon request.

Account Owner
CREDIT COUNSELORS

Account Number
21235658

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE;NASD; and SIPC



# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

## Classic Account Statement

**November 1 - November 30, 2003**

**Page 1 of 5**

P.O. Box 32760
Louisville, KY 40232

60560 010C 485 20Z 04 C------- 1851

CREDIT COUNSELORS
SETTLEMENT FUND
ATTN: VIRGINIA C WHITMAN
STE 1700, 4TH & VINE TOWER
ONE WEST FOURTH ST
CINCINNATI OH 45202-3604

## INVESTOR INFORMATION

**Investor Update**
Want peace of mind knowing that your portfolio is being monitored and adjusted appropriately for market conditions? It's called Capital Directions® and you can find it at PNC Investments. For more information, contact your Financial Consultant.

| NOT | |
| --- | --- |
| FDIC | |

• May Lose Value
• No Bank Guarantee

**Important Investor Information:** Securities and brokerage services are provided by J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC. Annuities and other insurance products are offered by PNC Insurance Services, Inc. and J.J.B. Hilliard, W.L. Lyons, Inc., licensed insurance agencies.

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE, NASD, and SIPC

## CONTACT INFORMATION

**Account Number**     21235058

**Your Financial Consultant**     (G006)
THOMAS E HERMANN
(513) 281-0596

**Office Servicing Your Account**
PNC INVESTMENTS
415 LUDLOW AVE
CINCINNATI, OH 45220

**Customer Service Desk**
1-800-762-6111

Access your account online at www.pncinvestments.com

## ACCOUNT VALUE

| | |
| --- | --- |
| Cash Equivalents | $254,479.26 |
| Assets held at PNC Investments | $0.00 |
| Assets not held at PNC Investments | $0.00 |
| **Total Account Value as of November 30, 2003** | **$254,479.26** |
| Total Account Value as of October 31, 2003 | $257,576.80 |

## ASSET MIX



Cash Equivalents 100.0%

*Account Owner*
CREDIT COUNSELORS

*Account Number*
21235058

*511140*

# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville, KY 40232

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges CBOE, NASD, and SIPC

## Classic Account Statement

### November 1 - November 30, 2003

Page 2 of 5

---

**Investment Objective**

Please advise your Financial Consultant immediately if there is a material change in your investment objective or financial situation.

**Pricing of Securities**

The pricing of securities displayed on your statement is derived from various sources and in some cases may be higher or lower than the value you would actually receive in an active marketplace, prices reflect market quotations as of the close on the last business day of the month. For securities listed on an exchange or trading continually to the close on the last business day of the month, which securities trading less frequently, we rely on third party pricing services or a computerized pricing model, which do not always reflect actual market values. Similarly, income annuity market values provided by outside sources are estimates. For current price quotes, please contact your Financial Consultant.

**Certificate of Deposit Pricing**

Fixed Income securities and Certificates of Deposit priced above par do not take into account the effect of call features.

**Transaction Dates**

All securities transactions are reflected on a trade date basis.

**Cost Basis Information (Investor's Preferred™ and Priority Accounts)**

Cost basis information provided with respect to cost basis derived from transactions in the account or information supplied by you or other sources. There is no guarantee as to the accuracy of cost basis information or the profit and loss information provided. Accordingly, cost basis is not intended for tax reporting purposes. Please inform your Financial Consultant in the event that a cost basis is missing or inaccurate.

**Realized Gains/Losses (Investor's Preferred™ and Priority Accounts)**

Estimated annual income and yields are calculated by annualizing the most recent dividend and interest payment and do not reflect historical experience or project future results. The yield information represents past figures and is based on a historical performance; future yields will fluctuate. Before investing in any of these funds, carefully read the prospectus, which is available through your Financial Consultant.

**Estimated Annual Income and Yields**

Estimated annual income and yields are calculated by annualizing the most recent dividend and interest payment and do not reflect historical experience or project future results. The yield information represents past figures and is based on a historical performance; future yields will fluctuate. Before investing in any of these funds, carefully read the prospectus, which is available through your Financial Consultant.

---

**Assets Not Held at Hilliard Lyons**

You may purchase certain securities through Hilliard Lyons, which will be held at a custodian other than Hilliard Lyons ("Assets Not Held by PNC Protection"). Where available, we will include information about these assets, which are identified in the Outside Assets section of your statement. The custodial institution is responsible, however, for providing year-end tax reporting information. (Form 1099) and separate periodic statements, which may vary from the information included in your Hilliard Lyons statement because of different reporting periods. Hilliard Lyons does not guarantee the accuracy of the information with respect to the value of these investments as reflected on your statement.

**Policy on Order Routing and Order Flow Payment**

Consistent with common securities industry practice, Hilliard Lyons receives payment for order flow in the form of other monetary compensation per share (in certain securities) in exchange or reciprocal business from transactions in listed securities) or reciprocal business from other dealers or market centers. Absent instructions, orders are routed to such dealers that execute most orders at prices in the NYSE. Our firm objective is to obtain the best executions for our clients, regardless of any compensation factor.

Certain equity securities orders may be routed to other broker/dealers or exchanges for execution. Each quarter, Hilliard Lyons prepares a summary discussing orders routed away for execution including the type and the identity of the broker/dealers or exchanges receiving such orders. This summary is posted on our website (www.hilliard.com) and a copy of the most recent quarterly summary is available to you upon request. You may also request the identity of the broker/dealer or exchange executing your trade and associated time of execution on any of your equity trades placed within the last six months.

**Tax Information**

Although your statement may describe certain items as federally tax-exempt, this is for informational purposes only. When reporting, this type of income exclusively for federal and state tax purposes (and otherwise) a copy of the most recent Form 1099 you will receive from us after year-end for your taxable accounts. (For retirement accounts, Form 1099DR will report distributions from the account rather than income and dividends or proceeds from sales.) Federal law subjects you to withholding and/or penalties if you fail to provide us your Social Security or Employer Identification Number.

---

**Margin Accounts**

If you have a margin account, this is a combined statement of your general account and a special account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account required by Regulation T is available for your inspection upon request. Hilliard Lyons reserves the right to limit margin purchases and short sales, and to alter its margin requirements and the dates of house or other margin calls in accordance with the Firm guidelines, market conditions, and regulatory margin requirements. Your margin assets can be identified as Account Type 2 securities.

**Margin Account Disclosure Statement**

In light of the growth in the use of margin accounts, it is important to note the following potential risks associated with margin accounts. Should the value decline of securities that you purchase on margin, Hilliard Lyons can take the value declines, Hilliard Lyons has the right to force the sale of securities in your margin account. Hilliard Lyons may notify you of a margin call, but is not required to. Even if you receive the call, but the firm can also sell your securities without contacting you. You cannot decide which securities should be sold from your margin account. Because Hilliard Lyons can increase maintenance margin requirements at any time and Hilliard Lyons does not have to grant you an extension on a margin call.

**Margin Account Interest Charges**

The margin interest period includes the last day of the prior statement through the day prior to the last day of the current statement period. The interest charge is computed by multiplying the rate of interest by the average net daily settled debit balance and a fraction, the numerator of which is the number of days the debit balance existed, and the denominator of which is three hundred sixty (360). The rate of interest is described by the rate of borrowing money and is subject to change without notice.

**Late Charges**

Late transactions in your cash account result in a debit balance and you do not make payment by the settlement date, you may be subject to a late charge.

**Termination Fee**

A $75.00 Termination Fee will be applied to each account closed or transferred for any reason.

**Free Credit Balances**

A free credit balance in your account will be paid to you upon demand. In the normal course of business, along with any fully paid securities to which you are entitled, if any, free credit certificates are available. Free credit balances are not segregated and may be used in our business, subject to the limitations of the Securities Exchange Act of 1934.

---

**Option Accounts**

Further information with respect to commissions and other charges reflected in the execution of listed option transactions has been included in confirmation of such transactions previously furnished to you and will be made available to you promptly upon request. Should the Options Clearing Corp. or our correspondent assign Hilliard Lyons to satisfy the exercise of any options, we may reassign, in our sole discretion to your account, the exercise of the option under an automated random selection method.

**Financial Statement**

A Statement of the Financial Condition of J.J.B. Hilliard, W.L. Lyons, Inc. is at our website, or you may request a copy by calling 1-800-444-1854.

**Form ADV (Capital Directions Account)**

If you would like to receive a copy of Hilliard Lyons' disclosure statement on Part II of Form ADV, please send your written request to: Hilliard Lyons, Attn: Managed Accounts Department, P.O. Box 32760, Louisville, KY 40232-2760. You may expect to receive your copy by return mail within seven days of our receipt of your request.

**Errors, Inquiries & Complaints**

If you do not understand an entry on your statement, or suspect an error, you must notify the Branch Manager of the office servicing your account. We will consider your statement correct unless we receive written inquiry from you about any suspected errors within 10 calendar days of the mailing of the statement to you. It is your responsibility to review your statement promptly and to seek immediate clarification about entries you do not clearly understand. All correspondence should include: (1) Your name and account number; (2) The date of the entry in question; (3) A complete description of the entry, including the dollar amount and (4) The dollar amount of the entry in question.

If you have a complaint regarding the nature or circumstances regarding your account, please notify us in writing at the following address: Hilliard Lyons, Attn: Compliance Department, P.O. Box 535256, Pittsburgh, PA 15253-5256.

NOT FDIC INSURED · May Lose Value · No Bank Guarantee

# PNCINVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville , KY 40232

## Classic Account Statement

### November 1 - November 30, 2003    Page 3 of 5

PNC Investments is so much more than just stocks and bonds. Not only can we provide to you virtually every type of investment, we also offer the guidance needed to use those tools successfully in the pursuit of your financial goals. Ask your Financial Consultant about our expert advice on lifetime financial planning, retirement planning and trust and estate planning.

*Account Owner*
CREDIT COUNSELORS

*Account Number*
21235658

## ASSET SUMMARY

| | Prior Period | Current Period | % of Account Value* |
|---|---|---|---|
| Cash | | | |
| Money Market Funds | $257,576.80 | $254,479.26 | 100.0% |
| Margin Balance | | | |
| **Cash Equivalents** | **$257,576.80** | **$254,479.26** | **100.0%** |
| Stocks | | | |
| Options | | | |
| Preferred Stocks | | | |
| Tax-Exempt Bonds | | | |
| Taxable Bonds | | | |
| Mutual Funds | | | |
| Unit Investment Trusts | | | |
| Other Investments | | | |
| **Assets held at PNC Investments** | **$0.00** | **$0.00** | **0.0%** |
| **Total Account Value** | **$257,576.80** | **$254,479.26** | **100.0%** |

Please note "% of Account Value" figures are shown gross of any amounts owed to PNC Investments and/or net short positions.

## INCOME & DISTRIBUTIONS

| Dividends | | Current Period | Year-to-Date |
|---|---|---|---|
| | Tax-Exempt | | |
| | Taxable | | |
| Interest | Tax-Exempt | | |
| | Taxable | $110.00 | $386.80 |
| Capital Gain Distributions | | | |
| Return of Principal | | | |
| Other Income & Distributions | | | |
| **Total Income & Distributions** | | **$110.00** | **$386.80** |

## TAX INFORMATION SUMMARY*

| | | Current Period | Year-to-Date |
|---|---|---|---|
| Accrued Interest Paid | Tax-Exempt | | |
| | Taxable | | |
| Accrued Interest Received | Tax-Exempt | | |
| | Taxable | | |
| Gross Proceeds | | | |
| Federal Withholding | | | |
| Foreign Taxes Paid | | | |
| Margin Interest Charged | | | |

* For information only. Please refer to your Form 1099 for tax filing purposes.



J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC

*51200*



# PNC INVESTMENTS
A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville , KY 40232

## Classic Account Statement
November 1 - November 30, 2003                          Page 4 of 5

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC

Account Owner
CREDIT COUNSELORS

Account Number
21235058

## ASSET DETAILS

This section shows the cash equivalents and/or securities in your account. It reflects market values as of the close of business, November 30, 2003.

### CASH EQUIVALENTS

| | Current Value | Anticipated Annualized Income | Current Yield Percent |
|---|---|---|---|
| HILLIARD-LYONS GOVERNMENT FUND, INC | $254,479.26 | $1,297.84 | 0.510% |
| **Total Cash Equivalents** | **$254,479.26** | **$1,297.84** | |

| | Current Value | Anticipated Annualized Income |
|---|---|---|
| **Total Account Value** | **$254,479.26** | **$1,297.84** |

## ACTIVITY SUMMARY

| Activity | Current Period |
|---|---|
| **Opening Balance - Cash Equivalents** | **$257,576.80** |
| Buy and Sell Transactions | |
| Assets Bought | |
| Assets Sold/Redeemed | |
| Cash Deposits and Withdrawals | |
| Deposits Made to Your Account | |
| Withdrawals From Your Account | $110.00 |
| Income and Distributions | |
| Dividends | |
| Interest | |
| Capital Gains Distributions | |
| Return of Principal | |
| Other Income and Distributions | |
| Margin Interest Charged | |
| Other Transactions | ($3,207.54) |
| **Closing Balance - Cash Equivalents** | **$254,479.26** |

### CASH EQUIVALENTS

| | Cash | Money Market | Margin |
|---|---|---|---|
| | $0.00 | $257,576.80 | $0.00 |
| | ($110.00) | $110.00 | |
| | $3,207.54 | ($3,207.54) | |
| | | $110.00 | |
| | ($3,207.54) | | |
| | $0.00 | $254,479.26 | $0.00 |

# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville, KY 40232

## Classic Account Statement

November 1 - November 30, 2003

Page 5 of 5

### ACTIVITY DETAIL BY DATE

| Date | Activity | Description | Quantity | Price | Total | Cash | Money Market | Margin |
|------|----------|-------------|----------|-------|-------|------|--------------|--------|
| | | **Opening Balance** | | | | $0.00 | $257,576.80 | $0.00 |
| 11/06/2003 | SALE | HILLIARD-LYONS GOVERNMENT FUND, INC | (3,207.540) | $1.0000 | $257,576.80 | | $257,576.80 | |
| 11/06/2003 | JOURNAL | SENT TO 400692459S PNC Bank OH | | | ($3,207.54) | ($3,207.54) | ($3,207.54) | |
| 11/17/2003 | DIVIDEND | HILLIARD-LYONS GOVERNMENT FUND, INC 111703    254.369 | 110.000 | $1.0000 | $110.00 | | $110.00 | |
| 11/17/2003 | REINVEST DIV | HILLIARD-LYONS GOVERNMENT FUND, INC | 110.000 | $1.0000 | ($110.00) | $110.00 | ($110.00) | $110.00 |
| | | **Closing Balance** | | | $254,479.26 | $0.00 | $254,479.26 | $0.00 |

### CASH EQUIVALENTS

Thank you for allowing PNC Investments to serve you. If you have any questions regarding your account or this statement, please contact your Financial Consultant.

Terms and conditions are provided with your account statement on a periodic basis or may be obtained upon request.

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges CBOE; NASD; and SIPC

*Account Owner*
CREDIT COUNSELORS

*Account Number*
21235058

# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville, KY 40232

CREDIT COUNSELORS
SETTLEMENT FUND
ATTN: VIRGINIA C WHITMAN
STE 1700, 4TH & VINE TOWER
ONE WEST FOURTH ST
CINCINNATI OH 45202-3604

## INVESTOR INFORMATION

**Investor Update**
Happy Holidays from PNC Investments. We wish to thank you for
giving us the opportunity to assist with your investment needs in
2003, and look forward to working with you in the New Year.

| NOT FDIC Insured | Important Investor Information: |
|---|---|
| • May Lose Value | Securities and brokerage services |
| • No Bank Guarantee | are provided by J.J.B. Hilliard, |
| | W.L. Lyons, Inc. member NYSE and |

SIPC. Annuities and other insurance products are offered by PNC Insurance
Services, Inc. and J.J.B. Hilliard, W.L. Lyons, Inc., licensed insurance agencies.

*J.J.B. Hilliard, W.L. Lyons, Inc.*
*Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC*

# Classic Account Statement
### December 1 - December 31, 2003        Page 1 of 5

## CONTACT INFORMATION

| | **Account Number** 21235058 |
|---|---|

**Your Financial Consultant**        (G006)
THOMAS E HERMANN
(513) 281-0596

**Customer Service Desk**
1-800-762-6111

**Office Servicing Your Account**
PNC INVESTMENTS
415 LUDLOW AVE
CINCINNATI, OH 45220

Access your account online at www.pncinvestments.com

## ACCOUNT VALUE

| | |
|---|---|
| Cash Equivalents | $254,642.03 |
| Assets held at PNC Investments | $0.00 |
| Assets not held at PNC Investments | $0.00 |
| **Total Account Value as of December 31, 2003** | **$254,642.03** |

| Total Account Value as of November 30, 2003 | $254,479.26 |

## ASSET MIX



Cash Equivalents 100.0%

*Account Owner*
CREDIT COUNSELORS

*Account Number*
21235058

# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville, KY 40232

## Investment Objective

Please advise your Financial Consultant immediately if there is a material change in your investment objective or financial situation.

## Pricing of Securities

The pricing of securities displayed on your statement is derived from various sources and in some cases may be higher or lower than the price you would actually receive in your market. If we cannot obtain a price, "N/A" appears, or securities listed in an exchange or trading continually may be close on the last business day of the month.

Fixed Income securities prices reflect market quotations in an active marketplace, prices reflect market quotations for securities trading less frequently.

## Trading of Securities

Securities transactions are reflected on a trade date basis.

## Transaction Dates

All securities transactions are reflected on a trade date basis.

## Certificate of Deposit Pricing

Fixed Income securities and Certificates of Deposit priced above par do not take into account the effect of call features.

## Cost Basis Information (Investor's Preferred℠, and Priority Accounts)

All information provided with respect to cost basis is derived from transactions in the account or information supplied by you or other sources. There is no guarantee as to the accuracy of cost basis information or the profit and loss information provided. Financial Consultant is not intended for tax reporting purposes. Please inform your Financial Consultant in the event that a cost basis is missing or inaccurate.

## Estimated Annual Income and Yields

Estimated annual income and yields are calculated by annualizing the most recent dividend and interest payment and do not reflect historical experience or projected future results. The yield information for the money market funds is based on a historical instrument. These yields will fluctuate. Before investing in any of these funds, carefully read the prospectus, which is available through your Financial Consultant.

## Assets Not Held at Hilliard Lyons

If you have a margin account, this is a combined statement of your general account and a special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System.

Hilliard Lyons reserves the right to limit margin purchases and short sales, and to alter its margin requirements and due dates for house or other margin calls in accordance with the Firms guidelines, market conditions and regulatory margin requirements. Your margin assets can be identified as Account Type 2 securities.

## Policy on Order Routing and Order Flow Payment

Consistent with common securities industry practice, Hilliard Lyons receives payment for order flow. In certain cases, such payment compensation arises from transactions in listed and over the counter business from the broker. Absent direction, orders from you are routed to such dealers or market centers that execute orders at prices in the NBBO. Our formal objective is to obtain the best executions for our clients, regardless of any compensation factor.

Certain equity securities orders may be routed to other broker/dealers or exchanges for execution. Each payment away for execution including routing orders related to Hilliard Lyons prepares a summary disclosing the identity of the broker's located on our website (www.hilliard.com). A copy of this summary is available to the identity of the broker located on our website (www.hilliard.com). A copy of this most recent quarterly summary is available to you upon request. You may also request the identity of the broker/dealer or exchange executing your trade and associated time of execution in any of your equity trades placed within the last six months.

## Tax Information

Your investment statement may describe certain items as federally tax-exempt, this is for informational purposes only. When reporting your taxes, please rely exclusively on the substitute Form 1099 you will receive from us after year-end. For your taxable accounts. (For retirement accounts, Form 1099R will report distributions from the account rather than income and dividends or proceeds from sales.) Federal law subjects you to withholding and/or penalties if you fail to provide us your Social Security or Employer Identification Number.

## Margin Accounts

In the event of growth in the use of margin accounts, it is important to note the following potential risks associated with margin accounts: you can lose more funds than you deposit in the margin account if the value declines; Hilliard Lyons can force the sale of securities in your margin account; Hilliard Lyons may notify you of a margin call and also allow you a few days to meet the call, but the firm cannot decide which securities should be sold from your margin account. Hilliard Lyons can increase maintenance margin requirements at any time and Hilliard Lyons does not have to grant you an extension on a margin call.

## Margin Account Interest Charges

The margin interest period includes the last day of the prior statement period through the day prior to the last day of the current statement period. The interest charge is computed by multiplying the rate of interest by the average net daily settled debit balance and dividing the numerator of which is the number of days the debit balance existed, and the denominator of which is three hundred sixty (360). The rate of interest is determined by the cost of obtaining money and is subject to change without notice.

## Late Charges

If transactions in your cash account result in a debit balance and you do not make payment by the settlement date, you may be subject to a late charge.

## Termination Fee

A $75.00 Termination Fee will be applied to each account closed or transferred for any reason.

## Free Credit Balances

A free credit balance in your account will be paid to you on demand, in the normal course of business, along with any fully paid securities to which you are entitled, if any. Free credit balances are available. Free credit certificates are not for that security are available. Free credit balances are not segregated and may be used in our business, subject to the limitations of the Securities Exchange Act of 1934.

## Option Accounts

Further information with respect to commissions and other charges related to the execution of listed option transactions, has been included in confirmation of such transactions previously furnished to you and will be made available to you promptly upon request. Should the Options Clearing Corp. or our correspondent assign Hilliard Lyons to satisfy the exercise of any options, we may reassign, in our sole discretion to your account, the exercise of the option under an automated random selection method.

## Financial Statement

A Statement of Financial Condition of J.J.B. Hilliard, W.L. Lyons, Inc. is at our website, or you may request a copy by calling 1-800-444-1854.

## Form ADV (Capital Directions Account)

If you would like to receive a copy of Hilliard Lyons' disclosure statement on Part II of Form ADV, please send your written request to J.J.B. Hilliard, W.L. Lyons, Attn: Managed Accounts Department, P.O. Box 32760, Louisville, KY 40232-2760. You may expect to receive receipt of your request.

## Errors, Inquiries & Complaints

If you do not understand an entry on your statement, or suspect an error, you must notify the Branch Manager of the office servicing your account. We will consider your account correct unless we receive written inquiry from you about any suspected error within 10 calendar days of the mailing of this statement to you. It is your responsibility to seek review your statement carefully and to seek immediate clarification about entries you do not clearly understand. All correspondence should include: (1) Your name and account number, (2) The date of the entry in question, (3) A complete description of the entry and why you feel that the entry may be in error, and (4) The dollar amount of the entry in question.

We ask that you put your complaint in writing at the following address, Hilliard, Lyons, Attn: Compliance Department, P.O. Box 535236, Pittsburgh, PA 15253-5236

## SIPC Protection

Hilliard Lyons is a member of the Securities Investor Protection Corporation (SIPC). Cash and securities held in your account are insured up to $500,000 per customer, of which a limit of $100,000 is for uninvested cash. Assets held by custodial institutions are not covered. Contact your Financial Consultant for a detailed brochure describing SIPC coverage.

## Realized Gains/Losses (Investor's Preferred℠ and Priority Accounts)

Reported gains or losses are based on first in first out (FIFO) method. This information should not be used for tax reporting purposes.

NOT FDIC • May Lose Value • No Bank Guarantee

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American and Chicago Stock Exchanges; CBOE; NASD; and SIPC



# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville , KY 40232

*Classic Account Statement*

**December 1 - December 31, 2003**   **Page 3 of 5**

*Account Owner*
CREDIT COUNSELORS

*Account Number*
21235058

## ASSET SUMMARY

| | Prior Period | Current Period | % of Account Value* |
|---|---|---|---|
| Cash | | | |
| Money Market Funds | $254,479.26 | $254,642.03 | 100.0% |
| Margin Balance | | | |
| **Cash Equivalents** | **$254,479.26** | **$254,642.03** | **100.0%** |
| Stocks | | | |
| Options | | | |
| Preferred Stocks | | | |
| Tax-Exempt Bonds | | | |
| Taxable Bonds | | | |
| Mutual Funds | | | |
| Unit Investment Trusts | | | |
| Other Investments | | | |
| **Assets held at PNC Investments** | **$0.00** | **$0.00** | **0.0%** |
| **Total Account Value** | **$254,479.26** | **$254,642.03** | **100.0%** |

Please note "% of Account Value" figures are shown gross of any amounts owed to PNC Investments and/or net short positions.

PNC Investments is so much more than just stocks and bonds. Not only can we provide to you virtually every type of investment, we also offer the guidance needed to use those tools successfully in the pursuit of your financial goals. Ask your Financial Consultant about our expert advice on lifetime financial planning, retirement planning and trust and estate planning.

## INCOME & DISTRIBUTIONS

| | | Current Period | Year-to-Date |
|---|---|---|---|
| Dividends | Tax-Exempt | | |
| | Taxable | $162.77 | $549.57 |
| Interest | Tax-Exempt | | |
| | Taxable | | |
| Capital Gain Distributions | | | |
| Return of Principal | | | |
| Other Income & Distributions | | | |
| **Total Income & Distributions** | | **$162.77** | **$549.57** |

## TAX INFORMATION SUMMARY*

| | | Current Period | Year-to-Date |
|---|---|---|---|
| Accrued Interest Paid | Tax-Exempt | | |
| | Taxable | | |
| Accrued Interest Received | Tax-Exempt | | |
| | Taxable | | |
| Gross Proceeds | | | |
| Federal Withholding | | | |
| Foreign Taxes Paid | | | |
| Margin Interest Charged | | | |

* For information only. Please refer to your Form 1099 for tax filing purposes.

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC





# PNCINVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville , KY 40232

## Classic Account Statement

**December 1 - December 31, 2003**　　Page 4 of 5

Account Owner
CREDIT COUNSELORS

Account Number
21235058

## ASSET DETAILS

This section shows the cash equivalents and/or securities in your account. It reflects market values as of the close of business, December 31, 2003.

### CASH EQUIVALENTS

| | Current Value | Anticipated Annualized Income | Current Yield Percent |
|---|---|---|---|
| HILLIARD-LYONS GOVERNMENT FUND, INC | $254,642.03 | $1,298.67 | 0.510% |
| **Total Cash Equivalents** | $254,642.03 | $1,298.67 | |

| | Current Value | Anticipated Annualized Income |
|---|---|---|
| **Total Account Value** | $254,642.03 | $1,298.67 |

## ACTIVITY SUMMARY

### CASH EQUIVALENTS

| Activity | Current Period | Cash | Money Market | Margin |
|---|---|---|---|---|
| **Opening Balance - Cash Equivalents** | $254,479.26 | $0.00 | $254,479.26 | $0.00 |
| Buy and Sell Transactions | | | | |
| Assets Bought | | | | |
| Assets Sold/Redeemed | | | | |
| Cash Deposits and Withdrawals | ($162.77) | ($162.77) | | |
| Deposits Made to Your Account | | | | |
| Withdrawals From Your Account | | | | |
| Income and Distributions | $162.77 | $162.77 | $162.77 | |
| Dividends | $162.77 | | | |
| Interest | | | | |
| Capital Gains Distributions | | | | |
| Return of Principal | | | | |
| Other Income and Distributions | | | | |
| Margin Interest Charged | | | | |
| Other Transactions | | | | |
| **Closing Balance - Cash Equivalents** | $254,642.03 | $0.00 | $254,642.03 | $0.00 |

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges CBOE, NASD, and SIPC

# PNC INVESTMENTS

A division of J.J.B. Hilliard, W.L. Lyons, Inc. member NYSE and SIPC

P.O. Box 32760
Louisville, KY 40232

## Classic Account Statement

December 1 - December 31, 2003          Page 5 of 5

**Account Owner**
CREDIT COUNSELORS

**Account Number**
21235056

## ACTIVITY DETAIL BY DATE

|  |  |  |  |  |  | CASH EQUIVALENTS | | |
|---|---|---|---|---|---|---|---|---|
| Date | Activity | Description | Quantity | Price | Total | Cash | Money Market | Margin |
| | | **Opening Balance** | | | | $0.00 | $254,479.26 | $0.00 |
| 12/01/2003 | DIVIDEND | HILLIARD-LYONS GOVERNMENT FUND, INC 123103    254.479 | 162.770 | $1.0000 | $254,479.26 $162.77 | | $162.77 | |
| 12/01/2003 | REINVEST DIV | HILLIARD-LYONS GOVERNMENT FUND, INC | 162.770 | $1.0000 | | ($162.77) | $162.77 | |
| | | **Closing Balance** | | | $254,642.03 | $0.00 | $254,642.03 | $0.00 |

Thank you for allowing PNC Investments to serve you. If you have any questions regarding your account or this statement, please contact your Financial Consultant.

Terms and conditions are provided with your account statement on a periodic basis or may be obtained upon request.

J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges;CBOE;NASD;and SIPC

# PNC INVESTMENTS
Member NASD and SIPC

P.O. Box 32760
Louisville, KY 40232

46594 F607 1752 1DL 10———— 1936

CREDIT COUNSELORS
SETTLEMENT FUND
ATTN: VIRGINIA C WHITMAN
STE 1700, 4TH & VINE TOWER
ONE WEST FOURTH ST
CINCINNATI OH 45202-3604

## INVESTOR INFORMATION

**Investor Update**
Worried about reaching your financial goals so you can live comfortably during retirement? Contact your Financial Consultant today for an annual review of your portfolio.

**Important Investor Information:**
Securities and brokerage services are provided by PNC Investments LLC, member NASD and SIPC.

Annuities and other insurance products are offered by PNC Insurance Services, Inc. a licensed insurance agency.

Your account is carried with J.J.B. Hilliard, W.L. Lyons, Inc. Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC.

**NOT FDIC Insured** • May Lose Value • No Bank Guarantee

## Classic Account Statement
### January 1 - January 31, 2004
Page 1 of 5

## CONTACT INFORMATION

**Account Number**   21235058

**Office Servicing Your Account**
PNC INVESTMENTS
415 LUDLOW AVE
CINCINNATI, OH 45220

**Your Financial Consultant**   (G006)
THOMAS E HERMANN
(513) 281-0596

**Customer Service Desk**
1-800-762-6111

Access your account online at www.pncinvestments.com

## ACCOUNT VALUE

| | |
|---|---|
| Cash Equivalents | $4,909.82 |
| Assets held at PNC Investments | $0.00 |
| Assets not held at PNC Investments | $0.00 |
| **Total Account Value as of January 31, 2004** | **$4,909.82** |
| Total Account Value as of December 31, 2003 | $254,642.03 |

## ASSET MIX



Cash Equivalents 100.0%

**Account Owner**
CREDIT COUNSELORS

**Account Number**
21235058



*00180*

# PNC INVESTMENTS
Member NASD and SIPC

P.O. Box 32760
Louisville , KY 40232

## Classic Account Statement
### January 1 - January 31, 2004
Page 2 of 5

**Investment Objective**
Please advise your Financial Consultant immediately if there is a material change in your investment objective or financial situation.

**Pricing of Securities**
The pricing of securities displayed on your statement is derived from various sources and in most cases may be higher or lower than the price you would actually receive in the market. If we cannot obtain a price, "N/A," appears in the securities listed on an exchange or market, the pricing reflects the closing price on the last day of the month. For securities traded over-the-counter, the price reflects the last bid price, which may be less frequently, we rely on third party pricing services to collect actual market values. Similarly, some annuity market values provided by outside sponsors are estimates. For current price quotes, please contact your Financial Consultant.

**Certificate of Deposit Pricing**
Fixed Income securities and Certificates of Deposit priced above par do not take into account the effect of call features.

**Transaction Dates**
All securities transactions are reflected on a trade date basis.

**Cost Basis Information (Investor's Preferred™, Capital Directions and Priority Accounts)**
All information provided with respect to cost basis is derived from transactions in the account or information supplied by you or other sources. There is no guarantee as to the accuracy of cost basis information provided. Accordingly, for tax reporting purposes, you should consult your Financial Consultant in the event that a cost basis is missing or inaccurate.

**Realized Gains/Losses (Investor's Preferred™ and Priority Accounts)**
Estimated annual income and yields are calculated by annualizing the most recent dividend and interest payment and the yield information for the most recent distribution period (FIFO) method. This information should not be used for tax reporting purposes.

**Estimated Annual Income and Yields**
Estimated annual income and yields are calculated by annualizing the most recent dividend and interest payment and the yield reflected in the account. Future yields will fluctuate. Before investing in any of these funds, carefully read the prospectus, which is available through your Financial Consultant.

**Assets Not Held at PNC Investments and its Carrying Firm**
You may purchase certain assets through your Financial Consultant.

*Your account is carried with J.J.B. Hilliard, W.L. Lyons, Inc. Member New York, American, and Chicago Stock Exchanges; CBOE; NASD and SIPC*

which will be held at a custodial institution other than PNC Investments and its carrying firm (see "SIPC Protection"). Where Investments and its carrying firm are available, we include information about these assets, which are identified in the Outside Assets section of your statement. This PNC Investments statement because of different reporting periods statements, which may differ from the information included on your tax reporting information (Form 1099) and separate periodic PNC Investments and its carrying firm does not guarantee the account of the information with respect to the value of these investments as reflected on your statement.

**Policy on Order Routing and Order Flow Payment**
Consistent with common securities industry practice, Hilliard Lyons, our executing broker, receives payment for order flow in the form of either monetary compensation per share (for certain transactions in listed securities) or reciprocal business from other dealers or market centers (most discount brokers also route orders for our clients, regardless of any compensation factor.

Certain equity securities orders may be routed to other broker/dealers or exchanges for execution. Each quarter, Hilliard Lyons prepares a summary disclosing orders routed away for execution including the type and the identity of the broker/dealers or exchanges receiving such orders.

A copy of the most recent quarterly summary is available to you upon request. You may request the identity of the broker and the time of execution of any trades placed within the last six months.

**Tax Information**
Although your statement may describe certain items as federally tax-exempt, this is for informational purposes only. When reporting your taxes, please rely on the official tax substitute Form 1099 you receive from us after year-end (1099 and interest distributions from the account rather than income and dividends or proceeds from sales.) Federal law subjects you to withholding and/or penalties if you fail to provide us your Social Security or Employer Identification Number.

**SIPC Protection**
PNC Investments and its carrying firm are members of the Securities Investor Protection Corporation (SIPC). Cash and securities held in your account are insured up to $500,000 per customer, of which a limit of $100,000 is for uninvested cash. Assets held by custodial institutions are not covered. Contact

**Late Charges**
If transactions in your cash account result in a debit balance and you do not make payment by the settlement date, you may be subject to a late charge.

**Free Credit Balances**
A free credit balance in your account will be paid to you on

**Termination Fee**
A $100.00 Termination Fee will be applied to each account closed or transferred for any reason.

your Financial Consultant for a detailed brochure describing SIPC coverage.

**Margin Accounts**
If you have a margin account, this is a combined statement of your general account and a special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account required under Regulation T is available for your inspection upon request. PNC Investments and is carrying firm is carrying the account for your and dates for future or other margin calls in accordance with margin requirements. Your margin assets can be identified as Account Type 2 securities.

**Margin Account Disclosure Statement**
In light of the growth in the use of margin accounts, it is important to note the following potential risks associated with margin accounts: you can lose more funds than you deposit in the margin account if the value declines; PNC Investments and its carrying firm has the right to force the sale of securities in your margin account; and after you a few days to meet the call, but the firm can also sell your securities without contacting you; you cannot decide which securities should be sold from your margin account; PNC Investments and its carrying firm can increase maintenance margin requirements at any time and does not have to grant you an extension on a margin call.

**Margin Account Interest Charges**
The margin interest period includes the last day of the prior statement period through the day prior to the last day of the current statement period. The interest charge is computed by multiplying the rate of interest by the average net daily settled debit balance and a fraction, the numerator of which is the number of days the debit balance existed, and the denominator of which is three hundred sixty (360). The rate of interest is determined by the cost of borrowing money and is subject to change without notice.

**Option Accounts**
Further information with respect to commissions and other charges related to the execution of listed option transactions has been included in a confirmation furnished to you at the time of such transactions. Such information will be made available to you promptly upon request at the time of such transactions. The assignment of PNC Investments and is carrying firm to satisfy the exercise of an option, we may reassign, in our sole discretion to your account, the exercise of the option under an automated random selection method

**Financial Statement**
A Statement of Financial Condition of our carrying firm, J.J.B. Hilliard, W.L. Lyons, Inc. is at a website, or you may request a copy by calling 1-800-444-1854.

**Form ADV (Capital Directions Account)**
If you would like to receive a copy of Hilliard Lyons' disclosure statement on Part II of Form ADV, Please send your written request to: Hilliard Lyons, Attn: Managed Accounts Department, P.O. Box 32760, Louisville, KY 40232-2760. You may expect to receive your copy by return mail within seven days of our receipt of your request

**Errors, Inquiries & Complaints**
If you do not understand an entry on your statement, or suspect an error, you must notify the Branch Manager of the office servicing your account. We will consider your statement correct unless we receive written inquiry from you about any suspected errors within 10 calendar days of the mailing of the statement to you. It is your responsibility to review your statement promptly and to seek immediate clarification about entries you do not clearly understand. All correspondence should include the following: (1) Your name and account number, (2) The date of the entry in question, (3) A complete description of the entry and why you feel that the entry may be in error, and (4) The dollar amount of the entry in question.

If you have a complaint regarding the nature or circumstances regarding your account, please notify us in writing at the following address: PNC Investments, Attn: Compliance Department, P.O. Box 535256, Pittsburgh, PA 15253-5256



May Lose Value · Not Bank Guaranteed



# PNC INVESTMENTS
Member NASD and SIPC

P.O. Box 32760
Louisville , KY 40232

## Classic Account Statement
### January 1 - January 31, 2004
Page 3 of 5

## ASSET SUMMARY

| | Prior Period | Current Period | % of Account Value* |
|---|---|---|---|
| Cash | | | |
| Money Market Funds | $254,642.03 | $4,909.82 | 100.0% |
| Margin Balance | | | |
| **Cash Equivalents** | **$254,642.03** | **$4,909.82** | **100.0%** |
| Stocks | | | |
| Options | | | |
| Preferred Stocks | | | |
| Tax-Exempt Bonds | | | |
| Taxable Bonds | | | |
| Mutual Funds | | | |
| Unit Investment Trusts | | | |
| Other Investments | | | |
| **Assets held at PNC Investments** | **$0.00** | **$0.00** | **0.0%** |
| **Total Account Value** | **$254,642.03** | **$4,909.82** | **100.0%** |

*Please note "% of Account Value" figures are shown gross of any amounts owed to PNC Investments and/or net short positions.

## INCOME & DISTRIBUTIONS

| | | Current Period | Year-to-Date |
|---|---|---|---|
| Dividends | Tax-Exempt | | |
| | Taxable | $39.19 | $39.19 |
| Interest | Tax-Exempt | | |
| | Taxable | | |
| Capital Gain Distributions | | | |
| Return of Principal | | | |
| Other Income & Distributions | | | |
| **Total Income & Distributions** | | **$39.19** | **$39.19** |

## TAX INFORMATION SUMMARY*

| | | Current Period | Year-to-Date |
|---|---|---|---|
| Accrued Interest Paid | Tax-Exempt | | |
| | Taxable | | |
| Accrued Interest Received | Tax-Exempt | | |
| | Taxable | | |
| Gross Proceeds | | | |
| Federal Withholding | | | |
| Foreign Taxes Paid | | | |
| Margin Interest Charged | | | |

* For information only. Please refer to your Form 1099 for tax filing purposes.

PNC Investments is so much more than just stocks and bonds. Not only can we provide to you virtually every type of investment, we also offer the guidance needed to use those tools successfully in the pursuit of your financial goals. Ask your Financial Consultant about our expert advice on lifetime financial planning, retirement planning and trust and estate planning.

Account Owner
CREDIT COUNSELORS

Account Number
21235058



.00Z00.

# PNC INVESTMENTS
Member NASD and SIPC

P.O. Box 32760
Louisville , KY 40232

## Classic Account Statement
### January 1 - January 31, 2004
Page 4 of 5

*Account Owner*
CREDIT COUNSELORS

*Account Number*
2125058

## ASSET DETAILS
This section shows the cash equivalents and/or securities in your account. It reflects market values as of the close of business, January 31, 2004.

### CASH EQUIVALENTS

| | Current Value | Anticipated Annualized Income | Current Yield Percent |
|---|---|---|---|
| HILLIARD-LYONS GOVERNMENT FUND, INC | $4,909.82 | $24.55 | 0.500% |
| **Total Cash Equivalents** | **$4,909.82** | **$24.55** | |

| | Current Value | Anticipated Annualized Income |
|---|---|---|
| **Total Account Value** | **$4,909.82** | **$24.55** |

## ACTIVITY SUMMARY

### CASH EQUIVALENTS

| Activity | Year-to-Date | Current Period | Current Value | Cash | Money Market | Margin |
|---|---|---|---|---|---|---|
| **Opening Balance - Cash Equivalents** | **$254,642.03** | **$254,642.03** | | **$0.00** | **$254,642.03** | **$0.00** |
| Buy and Sell Transactions | | | | | | |
| Assets Bought | | | | | | |
| Assets Sold/Redeemed | | | | ($39.19) | $39.19 | |
| Cash Deposits and Withdrawals | | | | | | |
| Deposits Made to Your Account | | | | | | |
| Withdrawals From Your Account | | | | $249,771.40 | ($249,771.40) | |
| Income and Distributions | | | | | | |
| Dividends | $39.19 | $39.19 | | | $39.19 | |
| Interest | | | | | | |
| Capital Gains Distributions | | | | | | |
| Return of Principal | | | | | | |
| Other Income and Distributions | | | | | | |
| Margin Interest | | | | | | |
| Margin Interest Charged | | | | | | |
| Other | | | | | | |
| Other Transactions | ($249,771.40) | ($249,771.40) | | ($249,771.40) | | |
| **Closing Balance - Cash Equivalents** | **$4,909.82** | **$4,909.82** | | **$0.00** | **$4,909.82** | **$0.00** |

*Your account is carried with J.J.B. Hilliard, W.L. Lyons, Inc.*
*Member New York, American and Chicago Stock Exchanges CBOE, NASD and SIPC*



# PNC INVESTMENTS
Member NASD and SIPC

P.O. Box 32760
Louisville , KY 40232

## Classic Account Statement
January 1 - January 31, 2004

Page 5 of 5

Account Owner
CREDIT COUNSELORS

Account Number
2125058

## ACTIVITY DETAIL BY DATE

| Date | Activity | Description | Quantity | Price | Total | CASH EQUIVALENTS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Cash | Money Market | Margin |
| 01/01/2004 | | **Opening Balance** | | | $254,642.03 | $0.00 | $254,642.03 | $0.00 |
| 01/06/2004 | SALE | HILLIARD-LYONS GOVERNMENT FUND, INC | (350.000) | $1.0000 | ($350.00) | $350.00 | ($350.00) | |
| 01/06/2004 | JOURNAL | SENT TO 4006924595 PNC Bank OH | | | ($350.00) | ($350.00) | | |
| 01/12/2004 | SALE | HILLIARD-LYONS GOVERNMENT FUND, INC | (249,421.400) | $1.0000 | ($249,421.40) | $249,421.40 | ($249,421.40) | |
| 01/12/2004 | JOURNAL | SENT TO 4006924595 PNC Bank OH | | | ($249,421.40) | ($249,421.40) | | |
| 01/15/2004 | DIVIDEND | HILLIARD-LYONS GOVERNMENT FUND, INC | 39.190 | $1.0000 | $39.19 | $39.19 | $39.19 | |
| 01/15/2004 | REINVEST DIV | HILLIARD-LYONS GOVERNMENT FUND, INC | 39.190 | $1.0000 | $39.19 | ($39.19) | $39.19 | |
| | | **Closing Balance** | | | $4,909.82 | $0.00 | $4,909.82 | $0.00 |

Thank you for allowing PNC Investments to serve you. If you have any questions regarding your account or this statement, please contact your Financial Consultant. Terms and conditions are provided with your account statement on a periodic basis or may be obtained upon request.

Your account is carried with J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC



*083107

# PNC INVESTMENTS

Member NASD and SIPC

P.O. Box 32760
Louisville , KY 40232

668690 F990 6792 102 105----2248

CREDIT COUNSELORS
SETTLEMENT FUND
ATTN: VIRGINIA C WHITMAN
STE 1700, 4TH & VINE TOWER
ONE WEST FOURTH ST
CINCINNATI OH 45202-3604

## INVESTOR INFORMATION

**Investor Update**
Is Uncle Sam draining your pocket book? Talk to your PNC Investments Financial Consultant about ways that could cut your tax bills and help you save for retirement.

**NOT**
• May Lose Value
• No Bank Guarantee

Important Investor Information:
Securities and brokerage services are provided by PNC Investments LLC, member NASD and SIPC.
Annuities and other insurance products are offered by PNC Insurance Services, Inc. a licensed insurance agency.

*Your account is carried with J.J.B. Hilliard, W.L. Lyons, Inc. Member New York, American, and Chicago Stock Exchanges CBOE-NASD-and SIPC*

# Classic Account Statement

February 1 - February 29, 2004    Page 1 of 5

## CONTACT INFORMATION

| | Account Number | 21235058 |
|---|---|---|

**Your Financial Consultant**    (G006)
THOMAS E HERMANN
(513) 281-0596

**Office Servicing Your Account**
PNC INVESTMENTS
415 LUDLOW AVE
CINCINNATI, OH 45220

**Customer Service Desk**
1-800-762-6111

Access your account online at www.pncinvestments.com

## ACCOUNT VALUE

| | |
|---|---|
| Cash Equivalents | $4,911.91 |
| Assets held at PNC Investments | $0.00 |
| Assets not held at PNC Investments | $0.00 |
| **Total Account Value as of February 29, 2004** | **$4,911.91** |
| Total Account Value as of January 31, 2004 | $4,909.82 |
| Total Account Value as of December 31, 2003 | $254,642.03 |

## ASSET MIX



Cash Equivalents 100.0%

*Account Owner*
CREDIT COUNSELORS

*Account Number*
21235058

*45100*



**PNC INVESTMENTS**

Member NASD and SIPC
P.O. Box 32760
Louisville, KY 40232

*Classic Account Statement*

**February 1 - February 29, 2004**    Page 2 of 5

**Investment Objective**

Please advise your Financial Consultant immediately if there is a material change in your investment objective or financial situation.

**Pricing of Securities**

The pricing of securities displayed on your statement is derived from various sources and in some cases may be higher or lower than the price you would actually receive in the marketplace, prices reflect market quotations at the close on the last business day of the month. For securities trading less frequently, we rely on third party pricing analysis. A computerized pricing methodology may not always reflect actual market values. Similarly, some prices provided by outside sources are estimates. For current prices, please contact your Financial Consultant.

**Certificate of Deposit Pricing**

Fixed Income securities and Certificates of Deposit priced above par do not take into account the effect of call features.

**Transaction Dates**

All securities transactions are reflected on a trade date basis.

**Cost Basis Information (Investor's Preferred, and Priority Accounts)**

Hilliard Lyons prepares a summary discussing orders routed away for execution including the type and the identity of brokers/dealers or exchanges receiving such orders. This summary is posted on Hilliard's website (www.hilliard.com). A copy of the most recent quarterly summary is available to you upon request. You may also request the identity of the broker/dealer or exchange executing your trade and associated time of execution on any of your equity trades placed within the last six months.

**Capital Directives and Yields**

All information provided with respect to cost basis is derived from transactions in the account or information supplied by you or other sources. There is no guarantee as to the accuracy of cost basis information or the profit and loss information provided. Accordingly, cost basis is not intended for tax reporting purposes. Please inform your Financial Consultant in the event that a cost basis is missing or incorrect.

**Realized Gains/Losses (Investor's Preferred and Priority Accounts)**

Reported gains or losses are based on first in/first out (FIFO) method. This information should not be used for tax reporting purposes.

**Estimated Annual Income and Yields**

Estimated annual income and yields are calculated by annualizing the most recent dividend and interest payment and do not reflect historical experience of or project future results. The yield information for the money market funds is based on a historical performance; future yields will fluctuate. Before investing in any of these funds, carefully read the prospectus, which is available through your Financial Consultant.

**Assets Not Held at PNC Investments and its Carrying Firm**

You may purchase certain assets through PNC Investments,

which will be held at a custodial institution other than PNC Investments and its carrying firm (see SIPC Protection). Where investments and its carrying firm (see SIPC Protection), which are available, we include information about your statement. The identified in the "assets section of your statement. The custodial institution is responsible, however, for providing year-end tax information (Form 1099) and separate periodic statement, which may vary from the information included on your PNC Investments statement. The permanent record of the separate account required by Regulation T is available for your inspection upon request. PNC Investments and its carrying firm does not guarantee the accuracy of the information with respect to the value of these investments as reflected on your statement.

**Policy on Order Routing and Order Flow Payment**

Consistent with contracting securities industry practice, Hilliard Lyons, for order flow in the form of either monetary compensation per share (in certain transactions in listed securities) or reciprocal business from other dealers or market centers. Absent direction, orders are routed to such dealers or market centers that execute orders at prices at the NBBO. Our formal objective is to obtain the best executions for our clients, regardless of any compensation factor.

Certain equity securities orders may be routed to other broker/dealers or exchanges for execution. Each quarter, Hilliard Lyons prepares a summary discussing orders routed away for execution including the type and the identity of the broker/dealers or exchanges receiving such orders. This summary is posted on Hilliard's website (www.hilliard.com). A copy of the most recent quarterly summary is available to you upon request. You may also request the identity of the broker/dealer or exchange executing your trade and associated time of execution on any of your equity trades placed within the last six months.

**Tax Information**

Although your statement may describe certain items as federally tax-exempt, they may be subject to state, local tax. When reporting your taxes, please rely exclusively on the substitute Form 1099 you will receive from us after year-end for your taxable accounts. (For retirement accounts, Form 1099R will report distributions from these accounts.) Federal law income and dividends or proceeds from sales subjects you to withholding and/or non-penalties if you fail to provide us your Social Security or Employer Identification Number.

**SIPC Protection**

PNC Investments and its carrying firm are members of the Securities Investor Protection Corporation (SIPC). Cash and securities held in your account are insured up to $500,000 per customer, of which a limit of $100,000 is for uninvested cash. Assets held by custodial institutions are not covered. Contact

your Financial Consultant for a detailed brochure describing SIPC coverage.

**Margin Accounts**

If you have a margin account, this is a combined statement of your general account and a special mixed margin (trading) Governors of the Federal Reserve System. The permanent record of the separate account required by Regulation T is available for your inspection upon request. PNC Investments and its carrying firm reserves the right to limit margin purchases and short sales, at its margin requirements in excess of dates for house or other margin calls in accordance with the Firms guidelines, market conditions and regulatory margin requirements. Your margin assets can be identified as Account Type 2 securities.

**Margin Account Disclosure Statement**

In light of the growth in the use of margin accounts, it is important to note the following potential risks associated with your margin account; PNC Investments and its carrying firm may the call, but the firm can also sell your securities without contacting you, you cannot ensure, PNC Investments and its sold from your account; you are not entitled to choose which the margin account if the value declines; PNC Investments and any time and does not have to grant you an extension on a margin call.

**Margin Account Interest Charges**

The margin interest period includes the day prior to the statement period through the last day of the prior statement period. The interest charge is computed by multiplying the rate of interest by the average net daily settled debit balance and a fraction, the numerator of which is the number of days the debit balance existed, and the denominator of which is the three hundred sixty (360). The rate of interest is subject to change without notice.

**Late Charges**

If transactions in your cash account result in a debit balance and you do not make payment by the settlement date, you may be subject to a late charge.

**Free Credit Balances**

A free credit balance in your account will be paid to you on

demand, in the normal course of business, along with any fully paid securities to which you are entitled. If certificates for that security are available. Free credit balances are not segregated and may be used in our business, subject to the limitations of and any net free credit balances are subject to the provisions of the Securities Exchange Act of 1934.

**Option Accounts**

Further information with respect to commissions and other charges related to the execution of listed option transactions has been included in confirmation of such transactions previously furnished to you and will be made available to you promptly upon request. Should the Options Clearing our correspondence assign PNC Investments a carrying firm to satisfy the exercise of an option, the exercise of the option is made at random selection method.

**Financial Statement**

A Statement of Financial Condition of our carrying firm J.J.B. Hilliard, W.L. Lyons, Inc. is at it's website, or you may request a copy of the most recent statement.

**Form ADV (Capital Directions Account)**

If you would like a copy of Hilliard Lyons' disclosure statement on Part II of Form ADV, please send your written request to: Hilliard Lyons, Attn: Managed Accounts Department, P.O. Box 32760, Louisville, KY 40232-2760. You may expect to receive your copy by return mail within seven days of your receipt of your request.

**Errors, Inquiries & Complaints**

If you do not understand an entry on your statement, or suspect an error, you must notify the Branch Manager of the office servicing your account. We will consider your statement correct unless we receive written inquiry from you about any suspected errors within 10 calendar days of the mailing of the statement to you. It is your responsibility to review your statement promptly and to seek immediate clarification about entries you do not clearly understand. All correspondence should include: (1) Your name and account number, (2) The date of the entry in question, (3) A complete description of the entry and why you feel that the entry may be in error, and (4) The dollar amount of the entry in question.

If you have a complaint regarding the nature or circumstances regarding your account, please notify us in writing at the following address: PNC Investments, Attn: Compliance Department, P.O. Box 535256, Pittsburgh, PA 15253-5256

*Your account is carried with J.J.B. Hilliard, W.L. Lyons, Inc. Member New York, American, and Chicago Stock Exchanges; CBOE; NASD and SIPC.*

**Assets held in PNC Investments and its Carrying Firm**

NOT FDIC · May Lose Value · No Bank Guarantee



# PNC INVESTMENTS
Member NASD and SIPC
P.O. Box 32760
Louisville , KY 40232

## Classic Account Statement
February 1 - February 29, 2004
Page 3 of 5

PNC Investments is so much more than just stocks and bonds. Not only can we provide to you virtually every type of investment, we also offer the guidance needed to use those tools successfully in the pursuit of your financial goals. Ask your Financial Consultant about our expert advice on lifetime financial planning, retirement planning and trust and estate planning.

## ASSET SUMMARY

| | Prior Period | Current Period | % of Account Value* |
|---|---|---|---|
| **Cash** | | | |
| Money Market Funds | $4,909.82 | $4,911.91 | 100.0% |
| Margin Balance | | | |
| **Cash Equivalents** | $4,909.82 | $4,911.91 | 100.0% |
| **Stocks** | | | |
| Options | | | |
| Preferred Stocks | | | |
| Tax-Exempt Bonds | | | |
| Taxable Bonds | | | |
| Mutual Funds | | | |
| Unit Investment Trusts | | | |
| Other Investments | | | |
| **Assets held at PNC Investments** | $0.00 | $0.00 | 0.0% |
| **Total Account Value** | $4,909.82 | $4,911.91 | 100.0% |

Please note "% of Account Value" figures are shown gross of any amounts owed to PNC Investments and/or net short positions.

## INCOME & DISTRIBUTIONS

| | Current Period | Year-to-Date |
|---|---|---|
| **Dividends** | | |
| Tax-Exempt | | |
| Taxable | | |
| **Interest** | | |
| Tax-Exempt | | |
| Taxable | $2.09 | $41.28 |
| Capital Gain Distributions | | |
| Return of Principal | | |
| Other Income & Distributions | | |
| **Total Income & Distributions** | $2.09 | $41.28 |

## TAX INFORMATION SUMMARY*

| | Current Period | Year-to-Date |
|---|---|---|
| Accrued Interest Paid | | |
| Tax-Exempt | | |
| Taxable | | |
| Accrued Interest Received | | |
| Tax-Exempt | | |
| Taxable | | |
| Gross Proceeds | | |
| Federal Withholding | | |
| Foreign Taxes Paid | | |
| Margin Interest Charged | | |

* For information only. Please refer to your Form 1099 for tax filing purposes.

Account Owner
CREDIT COUNSELORS

Account Number
2123508

Your account is carried with J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD and SIPC



# PNC INVESTMENTS
Member NASD and SIPC

P.O. Box 32760
Louisville , KY 40232

*Classic Account Statement*
February 1 - February 29, 2004        Page 4 of 5

Account Owner
CREDIT COUNSELORS

Account Number
2125058

## ASSET DETAILS
This section shows the cash equivalents and/or securities in your account. It reflects market values as of the close of business, February 29, 2004.

### CASH EQUIVALENTS

| | Current Value | Anticipated Annualized Income | Current Yield Percent |
|---|---|---|---|
| HILLIARD-LYONS GOVERNMENT FUND, INC | $4,911.91 | $24.56 | 0.500% |
| **Total Cash Equivalents** | **$4,911.91** | **$24.56** | |

| | Current Value | Anticipated Annualized Income |
|---|---|---|
| **Total Account Value** | **$4,911.91** | **$24.56** |

## ACTIVITY SUMMARY

| Activity | Year-to-Date | Current Period |
|---|---|---|
| **Opening Balance - Cash Equivalents** | $254,642.03 | $4,909.82 |
| **Buy and Sell Transactions** | | |
| Assets Bought | | |
| Assets Sold/Redeemed | | |
| **Cash Deposits and Withdrawals** | | |
| Deposits Made to Your Account | | |
| Withdrawals From Your Account | | |
| **Income and Distributions** | | |
| Dividends | $41.28 | $2.09 |
| Interest | | |
| Capital Gains Distributions | | |
| Return of Principal | | |
| Other Income and Distributions | | |
| Margin Interest Charged | | |
| Other | | |
| Other Transactions | ($249,771.40) | |
| **Closing Balance - Cash Equivalents** | **$4,911.91** | **$4,911.91** |

### CASH EQUIVALENTS

| | Cash | Money Market | Margin |
|---|---|---|---|
| | $0.00 | $4,909.82 | $0.00 |
| | ($2.09) | $2.09 | |
| | | | |
| | $2.09 | | |
| | | | |
| | **$0.00** | **$4,911.91** | **$0.00** |

Your account is carried with J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC

## PNC INVESTMENTS
Member NASD and SIPC
P.O. Box 32760
Louisville , KY 40232

# Classic Account Statement
February 1 - February 29, 2004                Page 5 of 5

### ACTIVITY DETAIL BY DATE

|  |  |  |  |  |  | CASH EQUIVALENTS | | |
|---|---|---|---|---|---|---|---|---|
| Date | Activity | Description | Quantity | Price | Total | Cash | Money Market | Margin |
|  |  | **Opening Balance** |  |  | **$4,909.82** | **$0.00** | **$4,909.82** | **$0.00** |
| 02/17/2004 | DIVIDEND | HILLARD-LYONS GOVERNMENT FUND, INC 021704  4,909 | 2.090 | $1.0000 | $2.09 | $2.09 | $2.09 |  |
| 02/17/2004 | REINVEST DIV | HILLARD-LYONS GOVERNMENT FUND, INC | 2.090 | $1.0000 | ($2.09) | ($2.09) | $2.09 |  |
|  |  | **Closing Balance** |  |  | **$4,911.91** | **$0.00** | **$4,911.91** | **$0.00** |

Thank you for allowing PNC Investments to serve you. If you have any questions regarding your account or this statement, please contact your Financial Consultant. Terms and conditions are provided with your account statement on a periodic basis or may be obtained upon request.

*Your account is carried with J.J.B. Hilliard, W.L. Lyons, Inc.*
*Member New York, American, and Chicago Stock Exchanges;CBOE;NASD;and SIPC*

*Account Owner*
CREDIT COUNSELORS

*Account Number*
21235058



`*45310*`

# PNC INVESTMENTS
Member NASD and SIPC

P.O. Box 32760
Louisville , KY 40232

42x4B form 403-202 1/9,054---144

CREDIT COUNSELORS
SETTLEMENT FUND
ATTN: VIRGINIA C WHITMAN
STE 1700, 4TH & VINE TOWER
ONE WEST FOURTH ST
CINCINNATI OH 45202-3604

## INVESTOR INFORMATION

### Investor Update
We are pleased to include the Financial Forum newsletter
with your quarter-end PNC Investments Client Statements.
Your Financial Consultant is available to discuss the
products and financial strategies illustrated in the
Financial Forum.

NOT FDIC INSURED
• May Lose Value
• No Bank Guarantee

Annuities and other insurance products are offered by PNC Insurance
Services, Inc. a licensed insurance agency.

Important Investor Information:
Securities and brokerage services
are provided by PNC Investments
LLC, member NASD and SIPC.
PNC Insurance

Your account is carried with J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges CBOE, NASD and SIPC

## Classic Account Statement
March 1 - March 31, 2004

Page 1 of 5

## CONTACT INFORMATION

**Account Number**   21235058

Your Financial Consultant   (G0N1)
INACTIVE ACCTS, OH CENTRAL

**Office Servicing Your Account**

Customer Service Desk
1-800-762-6111

Access your account online at www.pnciinvestments.com

## ACCOUNT VALUE

| | |
|---|---|
| Cash Equivalents | $0.00 |
| Assets held at PNC Investments | $0.00 |
| Assets not held at PNC Investments | $0.00 |
| **Total Account Value as of March 31, 2004** | **$0.00** |
| Total Account Value as of February 29, 2004 | $4,911.91 |
| Total Account Value as of December 31, 2003 | $254,642.03 |

## ASSET MIX

Due to a negative value
in one of your asset
categories, or a zero net
equity value, a pie chart
cannot be shown for
your account.

Account Owner
CREDIT COUNSELORS

Account Number
21235058

44150*



**PNC INVESTMENTS**

Member NASD and SIPC

P.O. Box 32760
Louisville, KY 40232

# Classic Account Statement

**March 1 - March 31, 2004**

**Page 2 of 5**

## Investment Objective

Please advise your Financial Consultant immediately if there is a material change in your investment objective or financial situation.

## Pricing of Securities

The pricing of securities displayed on your statement is derived from various sources and in some cases may be higher or lower than the price you would actually receive in the market. If we cannot obtain a price, "N/A" appears in the priced column. Pricing of securities listed in an exchange or trading market is based on the last business day of the month, which does not reflect intra-day price changes. Securities that are traded in an over-the-counter marketplace, prices reflect the bid prices on the last business day of the month. When reflecting price using less frequent pricing model, which does not always reflect actual market values. Similarly, some annuity market values provided by outside sponsors are estimates. For current quotes, please contact your Financial Consultant.

## Certificate of Deposit Pricing

Fixed Income securities and Certificates of Deposit priced above par do not take into account the effect of call features.

## Transaction Dates

All securities transactions are reflected on a trade date basis.

## Cost Basis Information (Investor's Preferred)

Cost basis information with respect to cost basis is derived from transactions in the account or information applied by you or other sources. There is no guarantee that the accuracy of cost basis information in the event that a cost basis is missing or information provided. Accordingly, consult your Financial Consultant in the event that a cost basis is missing or inaccurate.

## Realized Gains/Losses (Investor's Preferred and Priority Accounts)

Estimated annual income and yields are calculated by annualizing the most recent dividend and interest payment and do not reflect actual historical experience or project future results or the yield information for the money. Before investing in any of these securities, carefully read the prospectus, which is available through your Financial Consultant.

## Firm

Your account is carried with J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC.

## Assets Not Held at PNC Investments and its Carrying Firm

You may purchase certain assets through PNC Investments,

which will be held at a custodial institution other than PNC Investments or its carrying firm (see "SIPC Protection"). Where available, we include information about these assets, which are available, however, for providing year-end tax reporting information (Form 1099) and separate periodic statements, which may vary from the information at different reporting periods. PNC Investments statement because it does not guarantee the accuracy of the information with respect to the value of these investments as reflected on your statement.

## Policy on Order Routing and Order Flow Payment

Consistent with common securities industry practice, Hilliard Lyons, our executing broker and carrying firm, receives payment for order flow in the form of either monetary compensation per share (in certain transactions in market centers). Absent direction on where to direct our orders to such dealers or market centers that execute orders at prices at the NBBO. Our formal objective is to obtain the best executions for our clients, regardless of any compensation factor.

Certain equity securities orders may be routed to other broker/dealers or exchanges for execution. Each quarter, Hilliard Lyons prepares a summary discussing orders routed away for execution including the type and the identity of the broker/dealers or exchanges receiving such orders. This summary is posted on Hilliard's website (www.hilliard.com) A copy of the firm's quarterly summary is available to you upon request. If you have any questions regarding this policy or the identity of other dealers or market centers that execute orders on any of our equity trades placed within the last six months.

## Tax Information

Although your statement may describe certain items as federally tax-exempt, this is for informational purposes only. When reporting your taxes, it may apply exclusively on the substitute Form 1099 accounts. (For retirement accounts, Form 1099R, will report distributions from the account rather than income and dividends or proceeds from sales.) Federal law subjects you to withholding and/or penalties if you fail to provide us your Social Security or Employer Identification Number.

## SIPC Protection

PNC Investments and its carrying firm are members of the Securities Investor Protection Corporation (SIPC). Cash and securities held in your account are insured up to $500,000 (of which is $100,000 for uninvested cash). Assets held by custodial institutions are not covered. Contact

your Financial Consultant for a detailed brochure describing SIPC coverage.

## Margin Accounts

If you have a margin account and a special miscellaneous account, maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The payment of the separate account required by Regulation T is available for your inspection upon request. PNC Investments is carrying firm reserves the right to impose margin requirements and short sales, and/or other margin calls in accordance with the dates for commencement of margin requirements and due requirements, assess other charges and regulatory margin requirements. Your margin assets can be identified as Account Type 2 accounts.

### Margin Account Disclosure Statement

In light of the growth in the use of margin accounts, it is important to note the following potential risks associated with margin accounts. You can lose more funds than you deposit in the margin account. If the value declines, PNC Investments and the carrying firm can force the sale of securities in your margin account. If the firm can also sell your securities without notify you if a margin call and to force the sale of securities held in your margin account, PNC Investments and its carrying firm can increase its maintenance margin requirements at any time and does not have to grant you an extension on a margin call.

The margin interest period includes the last day of the prior statement period through the day prior to the last day of the current statement period. The interest charge is computed by multiplying the rate of interest by the average of the settled debit balance and a fraction, the numerator of which is the number of days that the debit balance existed, and the denominator of which is three hundred sixty (360). The rate of interest is determined by the cost of borrowing money and is subject to change without notice.

### Late Charges

If transactions in your cash account result in a debit balance and you do not make payment by the settlement date, you may be subject to a late charge.

### Free Credit Balances

A free credit balance in your account will be paid to you on

demand, in the normal course of business, along with any fully paid securities to which you are entitled, if certificates for that security are available. Free credit balances are not segregated and may be used in our business, subject to the limitations of the Securities Exchange Act of 1934

### Option Accounts

Further information with respect to commissions and other charges related to the execution of listed option transactions has been included in confirmation of such transactions previously furnished to you and will be made available to you promptly upon request. Should the Options Clearing Corp. or our correspondent assign PNC Investments and its carrying firm to satisfy the exercise of any option, we may assign the exercise notice to your account, the exercise of the option at our sole discretion to your account, the exercise of the option under an automated random selection method.

### Financial Statement

A Statement of Financial Condition of our carrying firm J.J.B. Hilliard, W.L. Lyons, Inc. is at its website, or you may request a copy by calling 1-800-444-1854.

### Form ADV (Capital Directions Account)

If you would like to receive a Form ADV, please send disclosure statement of the statement as Part II Form ADV for your written request to Hilliard Lyons, Attn: Managed Accounts Department, P.O. Box 32760, Louisville, KY 40232-2760. You can expect to receive your copy by return mail within seven days of our receipt of your request.

### Errors, Inquiries & Complaints

If you do not understand an entry on your statement, or suspect an error, you must notify the Branch Manager or the office servicing your account. We will also consider your statement correct unless we receive written inquiry from you within ten (10) calendar days of the mailing of this statement to you. It is your responsibility to promptly notify us in writing of any inaccuracy. All clarification about entries you do not clearly understand. All correspondence should include: (1) Your name and account number; (2) The date of the entry in question; (3) A complete description of the entry; and (4) the dollar amount of the entry in question.

If you have a complaint regarding the nature or circumstances regarding your account, please notify us in writing at the following address: PNC Investments, Attn: Compliance Department, P.O. Box 535236, Pittsburgh, PA 15253-5236

# PNC INVESTMENTS
Member NASD and SIPC
P.O. Box 32760
Louisville, KY 40232

## Classic Account Statement
March 1 - March 31, 2004

Page 3 of 5

PNC Investments is so much more than just stocks and bonds. Not only can we provide to you virtually every type of investment, we also offer the guidance needed to use those tools successfully in the pursuit of your financial goals. Ask your Financial Consultant about our expert advice on lifetime financial planning, retirement planning and trust and estate planning.

## ASSET SUMMARY

| | Prior Period | Current Period |
|---|---|---|
| Cash | | |
| Money Market Funds | $4,911.91 | |
| Margin Balance | | |
| **Cash Equivalents** | **$4,911.91** | **$0.00** |
| Stocks | | |
| Options | | |
| Preferred Stocks | | |
| Taxable Bonds | | |
| Tax-Exempt Bonds | | |
| Mutual Funds | | |
| Unit Investment Trusts | | |
| Other Investments | | |
| **Assets held at PNC Investments** | **$0.00** | **$0.00** |
| **Total Account Value** | **$4,911.91** | **$0.00** |

## INCOME & DISTRIBUTIONS

| | | Current Period | Year-to-Date |
|---|---|---|---|
| Dividends | Tax-Exempt | | |
| | Taxable | | |
| Interest | Tax-Exempt | | |
| | Taxable | $2.79 | $44.07 |
| Capital Gain Distributions | | | |
| Return of Principal | | | |
| Other Income & Distributions | | | |
| **Total Income & Distributions** | | **$2.79** | **$44.07** |

## TAX INFORMATION SUMMARY*

| | | Current Period | Year-to-Date |
|---|---|---|---|
| Accrued Interest Paid | Tax-Exempt | | |
| | Taxable | | |
| Accrued Interest Received | Tax-Exempt | | |
| | Taxable | | |
| Gross Proceeds | | | |
| Federal Withholding | | | |
| Foreign Taxes Paid | | | |
| Margin Interest Charged | | | |

\* For information only. Please refer to your Form 1099 for tax filing purposes.

*Your account is carried with J.J.B. Hilliard, W.L. Lyons, Inc.*
*Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC*

Account Owner
CREDIT COUNSELORS

Account Number
21235058





# PNC INVESTMENTS
Member NASD and SIPC

P.O. Box 32760
Louisville, KY 40232

## Classic Account Statement
### March 1 - March 31, 2004
Page 4 of 5

Account Owner
CREDIT COUNSELORS

Account Number
2123505B

## ASSET DETAILS

This section shows the cash equivalents and/or securities in your account. It reflects market values as of the close of business, March 31, 2004.

### CASH EQUIVALENTS

| | Current Value | Anticipated Annualized Income | Current Yield Percent |
|---|---|---|---|
| HILLIARD-LYONS GOVERNMENT FUND, INC. | $0.00 | N/A | 0.480% |
| **Total Cash Equivalents** | $0.00 | $0.00 | |

**Total Account Value**

| Current Value | Anticipated Annualized Income |
|---|---|
| $0.00 | $0.00 |

## ACTIVITY SUMMARY

| Activity | Year-to-Date | Current Period |
|---|---|---|
| **Opening Balance - Cash Equivalents** | $254,642.03 | $4,911.91 |
| Buy and Sell Transactions | | |
| Assets Bought | | |
| Assets Sold/Redeemed | | |
| Cash Deposits and Withdrawals | | |
| Deposits Made to Your Account | | |
| Withdrawals From Your Account | $44.07 | $2.79 |
| Income and Distributions | | |
| Dividends | | |
| Interest | | |
| Capital Gains Distributions | | |
| Return of Principal | | |
| Other Income and Distributions | | |
| Margin Interest Charged | | |
| Margin Interest | | |
| Other | ($254,686.10) | ($4,914.70) |
| Other Transactions | | |
| **Closing Balance - Cash Equivalents** | $0.00 | $0.00 |

## CASH EQUIVALENTS

| | Cash | Money Market | Margin |
|---|---|---|---|
| | $0.00 | $4,911.91 | $0.00 |
| | ($1.94) | $1.94 | |
| | $4,913.85 | ($4,913.85) | |
| | | | |
| | | | |
| | $2.79 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | ($4,914.70) | | |
| | $0.00 | $0.00 | $0.00 |

Your account is carried with J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC



# PNC INVESTMENTS
*Member NASD and SIPC*

P.O. Box 32760
Louisville , KY 40232

## Classic Account Statement
**March 1 - March 31, 2004**
**Page 5 of 5**

### ACTIVITY DETAIL BY DATE

| Date | Activity | Description | Quantity | Price | Total | Cash | Money Market | Margin |
|------|----------|-------------|----------|-------|-------|------|--------------|--------|
| | | **Opening Balance** | | | | $0.00 | $4,911.91 | $0.00 |
| 03/15/2004 | DIVIDEND | HILLIARD-LYONS GOVERNMENT FUND, INC 031504 | 1.940 | $1.0000 | $1.94 | $1.94 | | |
| | REINVEST DIV | HILLIARD-LYONS GOVERNMENT FUND, INC 031504 4.911 | 1.940 | $1.0000 | $4,911.91 | $4,911.91 | | |
| 03/29/2004 | DIVIDEND | HILLIARD-LYONS GOVERNMENT FUND, INC 032904 | 0.850 | $1.0000 | $0.85 | $0.85 | | |
| 03/29/2004 | SALE | HILLIARD-LYONS GOVERNMENT FUND, INC | (4,913.850) | $1.0000 | $4,913.85 | $4,913.85 | | |
| 03/29/2004 | JOURNAL | SENT TO 4006924595 PNC Bank OH | | | ($4,914.70) | ($4,914.70) | | |
| | | **Closing Balance** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### CASH EQUIVALENTS

| | Cash | Money Market | Margin |
|---|------|--------------|--------|
| | $0.00 | $4,911.91 | $0.00 |
| | $1.94 | | |
| | $4,911.91 | | |
| | $0.85 | | |
| | $4,913.85 | ($4,913.85) | |
| | ($4,914.70) | | |
| | $0.00 | $0.00 | $0.00 |

Thank you for allowing PNC Investments to serve you. If you have any questions regarding your account or this statement, please contact your Financial Consultant.

Terms and conditions are provided with your account statement on a periodic basis or may be obtained upon request.

Your account is carried with J.J.B. Hilliard, W.L. Lyons, Inc.
Member New York, American, and Chicago Stock Exchanges; CBOE; NASD; and SIPC

**Account Owner**
CREDIT COUNSELORS

**Account Number**
21235058