# INVESTMENT ACCOUNT SUMMARY

ACCOUNT OPENED JULY 18, 2003: DEPOSIT: $265,000.00

INTEREST EARNED

    2003: $549.57
    2004: $44.07

TOTAL INTEREST EARNED: $593.64

TOTAL VALUE OF ACCOUNT: **$265,593.64**

TRANSFERS TO CHECKING ACCOUNT:

| Date | Amount |
|---|---|
| 08/14/03: | $5,000.00 |
| 09/09/03 | $1,500.00 |
| 10/16/03: | $1,200.00 |
| 11/05/03: | $3,207.54 |
| 01/01/04: | $249,421.40 |
| 01/06/04: | $350.00 |
| 03/29/04: | $4,914.70 |

TOTAL TRANSFERS TO CHECKING ACCOUNT:    **$265,593.64**

ACCOUNT CLOSED 3/29/04: BALANCE: $00.00