

**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

VIRGINIA CONLAN WHITMAN
1700 CENTRAL TRUST TOWER
1 WEST FOURTH ST
CINCINNATI OH 45202-3604

| STATEMENT PERIOD | ACCOUNT TYPE | PAGE |
|---|---|---|
| 04/01/04 THROUGH 04/30/04 | | 1 |
| OFFICE | ACCOUNT NUMBER | |
| FIFTH THIRD CENTER | 0071514666 | |
| | TELEPHONE NUMBER | |
| | (513) 579-5203 | |

| | |
|---|---|
| 04/01 BALANCE | 24.02 |
| 1 DEPOSITS | 3,119.53 |
| 1 WITHDRAWALS/FEES | 307.97 |
| INTEREST EARNED | |
| INTEREST WITHHELD | |
| 04/30 BALANCE | 2,835.58 |

| CHECK | DATE | AMOUNT |
|---|---|---|
| 1115 | 04/28 | 307.97 |

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 04/16 | 3,119.53+ | DEPOSIT |

| DATE | DAILY BALANCE | DATE | DAILY BALANCE |
|---|---|---|---|
| 04/16 | 3,143.55 | 04/28 | 2,835.58 |



**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | |
|---|---|
| ACCOUNT TYPE | 1 PAGE |
| 10/01/04 THROUGH 10/31/04 | 0071514666 |
| STATEMENT PERIOD | ACCOUNT NUMBER |
| FIFTH THIRD CENTER | (513) 579-5203 |
| OFFICE | TELEPHONE NUMBER |

VIRGINIA CONLAN WHITMAN
1700 CENTRAL TRUST TOWER
1 WEST FOURTH ST
CINCINNATI OH  45202-3604

| | |
|---|---:|
| 10/01 BALANCE | 2,835.58 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 1,563.55 |
| INTEREST EARNED | |
| INTEREST WITHHELD | |
| 10/31 BALANCE | 1,272.03 |

| CHECK | DATE | AMOUNT |
|---|---|---|
| 1116 | 10/12 | 1,563.55 |

| DAILY BALANCE | |
|---|---|
| 10/12 | 1,272.03 |

PLEASE SEE THE ENCLOSED STATEMENT INSERT FOR IMPORTANT INFORMATION ABOUT CHECK 21 LEGISLATION.

**Fifth Third Bank**
P.O. BOX 630900 CINCINNATI OH 45263-0900

| | | |
|---|---|---|
| | | 1<br>PAGE |
| ACCOUNT TYPE | | 0071514666 |
| 01/01/05 THROUGH 01/31/05 | | ACCOUNT NUMBER |
| STATEMENT PERIOD | | (513) 579-5203 |
| FIFTH THIRD CENTER | | TELEPHONE NUMBER |
| OFFICE | | |

VIRGINIA CONLAN WHITMAN
1700 CENTRAL TRUST TOWER
1 WEST FOURTH ST
CINCINNATI OH 45202-3604

| | |
|---|---|
| 01/01 BALANCE | 2,272.03 |
| 0 DEPOSITS | 0.00 |
| 1 WITHDRAWALS/FEES | 670.10 |
| INTEREST EARNED | |
| INTEREST WITHHELD | |
| 01/31 BALANCE | 1,601.93 |

| CHECK | DATE | AMOUNT |
|---|---|---|
| 1117 | 01/19 | 670.10 |

| DAILY BALANCE | |
|---|---|
| 01/19 | 1,601.93 |

CHECK FRAUD IS A RISK THAT BUSINESSES CAN NO LONGER IGNORE.
HELP PROTECT YOUR COMPANY AGAINST UNAUTHORIZED OR FRAUDULENT
CHECK ACTIVITY WITH FIFTH THIRD POSITIVE PAY. FOR MORE INFORMATION
CONTACT YOUR RELATIONSHIP MANAGER OR TREASURY MANAGEMENT SPECIALIST.



**Fifth Third Bank**

Statement Period Date: 3/1/2005 - 3/31/2005
Account Type: Iolta Now
Account Number: 71514666

P.O. BOX 630900
CINCINNATI OH 45263-0900

Banking Center: Fifth Third Center
Banking Center Phone: 513-579-5203
Commercial Client Services: 1-800-589-5355
www.53.com

VIRGINIA CONLAN WHITMAN
1700 CENTRAL TRUST TOWER
1 WEST FOURTH ST
CINCINNATI OH 45202-3604

1

828

## Account Summary - 71514666

| Date | | | | |
|---|---|---|---|---|
| 03/01 | Beginning Balance | $601.93 | Average Balance | 229.00 |
| | 1 Checks | $(481.25) | Number of Days in Period | 31 |
| | Withdrawals / Debits | | | |
| | Deposits / Credits | | | |
| 03/31 | Ending Balance | $120.68 | | |

### Check

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

**1 check totaling 481.25**

| Number | Date Paid | Amount |
|---|---|---|
| 1119 | 03/08 | 481.25 |

### Daily Balance Summary

| Date | Amount |
|---|---|
| 03/08 | 120.68 |

---

EFFECTIVE APRIL 1, 2005, MASTERCARD WILL USE EITHER THE WHOLESALE OR THE GOVERNMENT-MANDATED RATE IN EFFECT ON THE PROCESSING DATE FOR TRANSACTIONS MADE IN CURRENCIES OTHER THAN US DOLLARS. PROCESSING DATE MAY OCCUR OTHER THAN THE TRANSACTION DATE AND MAY AFFECT THE CONVERSION RATE USED. NON US DOLLAR TRANSACTIONS WILL BE ASSESSED A 3% FEE.

DDA001 / FTCI / 20050331 / 7051 / 828