## MILLER V. CREDIT COUNSELORS EXPENSE SUMMARY

| CATEGORY | AMOUNT |
|---|---|
| POSTAGE (correspondence and check distribution) | $775.00 |
| FIRST MAILING | $4,128.19 |
| SECOND MAILING | $2,440.66 |
| NOTICE TO NEWSPAPER | $600.00 |
| TELEPHONE (net of $31.57 refund) | $658.52 |
| OFFICE SUPPLIES | $772.00 |
| BANK CHARGES | $12.50 |
| PERSONNEL (Linda Dameron) | $4,107.50 |
| ACCOUNTING | $4,192.03 |
| SPECIAL MASTER FEES | $9,258.75 |
| **TOTAL** | **26945.15** |