MILLER v. CCC

FINAL EXPENSE REPORT BY CATEGORY AND CHECK NUMBERS

| DATE | CK NO | PAYEE | CATEGORY | DETAIL | |
|---|---|---|---|---|---|
| 1/14/2004 | 6889 | White, Getgey & Meyer C | Postage | Check Distribution | 650.00 |
| 8/26/2003 | 5004 | White, Getgey & Meyer C | Postage | General Correspondence | 25.00 |
| 9/9/2003 | 5007 | White, Getgey & Meyer C | Postage | General Correspondence | 100.00 |
| | | | | **Total Postage** | **775.00** |
| 9/9/2003 | 5006 | Armstrong Stationery Co | Office Supplies | Checks/Envelopes | 637.72 |
| 12/19/2003 | 5057 | Armstrong Stationery Co | Office Supplies | Printer Cartridge | 123.59 |
| 1/21/2004 | 6902 | Armstrong Stationery Co | Office Supplies | Envelopes | 10.69 |
| | | | | **Total Office Supplies** | **772.00** |
| 8/14/2003 | 4999 | Ashton, Inc. | Postage | First Mailing Notice & Proof | 2,039.00 |
| 8/26/2003 | 5005 | Aston, Inc. | Mailing | First Mailing Notice & Proof | 753.83 |
| 8/26/2003 | 5001 | Armstrong Stationery Co | Office Supplies | First Mailing Printing and Envel | 1,335.36 |
| | | | | **Total First Mailing** | **4,128.19** |
| 8/26/2003 | 5002 | Norstan | Telephone | Telephone - Setup New # | 165.85 |
| 10/14/2003 | 5008 | Cincinnati Bell | Telephone | Monthly Bill | 240.85 |
| 10/21/2003 | 5010 | Cincinnati Bell | Telephone | Monthly Bill | 72.55 |
| 12/10/2003 | 5015 | Cincinnati Bell | Telephone | Monthly Bill | 70.00 |
| 1/5/2004 | 5058 | Cincinnati Bell | Telephone | Monthly Bill | 67.94 |
| 1/21/2004 | 6901 | Cincinnati Bell | Telephone | Monthly Bill | 72.90 |
| 2/8/2004 | Credit | | | Refund | -31.57 |
| | | | | **Total Telephone** | **658.52** |
| 10/24/2003 | 5012 | Aston, Inc. | Mailing | Second Mailing | 352.62 |
| 10/16/2003 | 5009 | Aston, Inc. | Postage | Second Mailing Postage | 1,155.00 |
| 11/5/2003 | 5013 | Armstrong Stationery Co | Printing | Second Mailing Printing Proof e | 933.04 |
| | | | | **Total Second Mailing** | **2,440.66** |
| 8/26/2003 | 5003 | Cincinnati Enquirer | Newspaper Ad | | 600.00 |
| | | | | **Total Newspaper Ad** | **600.00** |
| 4/1/2004 | Statement | | Bank Charge | | 12.50 |
| | | | | **Total Bank Charge** | **12.50** |
| 3/17/2004 | 6912 | Burke & Schindler | Accounting | | 1,072.50 |
| 4/27/2004 | IOLTA 1115 | Burke & Schindler | Accounting | | 307.97 |
| 10/6/2004 | IOLTA 1116 | Burke & Schindler | Accounting | | 1,563.55 |
| 1/18/2005 | IOLTA 1117 | Burke & Schindler | Accounting | | 670.10 |
| 3/7/2005 | IOLTA 1119 | Burke & Schindler | Accounting | | 481.25 |
| 11/9/2005 | IOLTA 1123 | Burke & Schindler | Accounting | | 96.66 |
| | | | | **Total Accounting** | **4,192.03** |
| 11/5/2003 | 5014 | Linda Dameron | Office Personnel | | 2,274.50 |
| 12/16/2003 | 5056 | Linda Dameron | Office Personnel | | 241.25 |
| 1/21/2004 | 6900 | Linda Dameron | Office Personnel | | 653.00 |
| 4/16/2004 | Bank Check | Linda Dameron | Office Personnel | | 938.75 |
| | | | | **Total Office Personnel** | **4,107.50** |
| 1/14/2004 | 6888 | Virginia C. Whitman | Special Master Fees | | 8,320.00 |
| 4/16/2004 | Bank Check | Virginia C. Whitman | Special Master Fees | | 938.75 |
| | | | | **Total Special Master Fees** | **9,258.75** |
| | | | | **Total Exenses** | **26,945.15** |