# FINAL INCOME/EXPENSE REPORT

**TOTAL INCOME:**

| Amount | Description |
|---|---|
| 265,000.00 | Settlement Proceeds Deposited in PNC Bank Hilliard-Lyons Government Fund, Inc. 7/18/2003 |
| $593.64 | Interest Earned |
| $265,593.64 | Total Settlement Income |
| $31.57 | Credit Final Bill from Cincinnati Bell |
| $265,625.21 | Total Funds Available for Distribution and Expenses* |

**TOTAL CLAIMS FILED/PAID**

1769 Claims Filed
 -21 Claims Denied (20 filed after deadline, 1 not a claimant)
1748    Total Claims paid totaling $165,016.66

79 Uncashed checks totaling $1,118.44

Total value of Settlement checks cashed:  $163,898.22

**TOTAL DISBURSEMENTS**

| Amount | Description |
|---|---|
| 163,898.22 | Distributed to Claimants |
| 67,233.07 | Attorney Fees and Costs Lead Counsel |
| 7,500.00 | To Lead Plaintiffs |
| 9,258.75 | Special Master Fees |
| 4,107.50 | Office Personnel Fees |
| 4,192.03 | Accounting Fees |
| 600.00 | Legal Advertising - Published Notice |
| 4,128.19 | First Mailing Notice of Class Action and Proof of Claim (6,906 pieces) |
| 2,440.66 | Second Mailing Notice of Class Action and Proof of Claim (3,669 pieces) |
| 690.09 | Telephone Service (includes installation and monthly service through March 1, 2004) |
| 772.00 | Office Supplies |
| 775.00 | Postage for Checks to Claimants |
| 12.50 | Bank Service Charge |
| 265,608.01 | TOTAL DISBURSEMENTS |
| $17.20 | Discrepancy |

* The Bank Statements confirm that the amount of $265,625.21 was expended from the Settlememnt Account