**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Karen N. Miller, et al.             :
                                    :   Case No. C-1-00-403
        Plaintiffs          :
                                    :   District Judge Susan Dlott
v.                                  :
                                    :
Credit Counselors of Cincinnati     :
                                    :
        Defendant           :

**ORDER APPROVING THE SPECIAL MASTER'S FINAL REPORT AND DISPOSITION OF THE SETTLEMENT FUNDS**

Upon application of the Special Master, with the approval and consent of counsel for the Parties, it is hereby Ordered that the Special Master's Final Report of December 1, 2005 setting forth the disposition of the Settlement funds is approved, and it is further Ordered that the disposition of the Settlement Funds was in full compliance with this Court's Orders concerning disposition of the Settlement funds.

SO ORDERED:

_____
Honorable Susan Dlott